1  TAWNYA R. WOJCIECHOWSKI, CAL. BAR NO. 180,063.
2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
3  Including Professional Corporations
   650 Town Center Drive, 4th Floor
4  Costa Mesa, California  92626-1925
   Telephone:  (714) 513-5100
5  Facsimile:   (714) 513-5130

6  Attorneys for Plaintiff
   BBG COMMUNICATIONS, INC.
7

**FILED**
U.S. DISTRICT COURT
Eastern District of Texas

JUN 1 9 2003

DAVID MALAND, CLERK
By
Deputy _____

2.03-CV-227

8              UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF TEXAS

10

11

12  BBG COMMUNICATIONS, INC., a         )   Case No.
    Delaware corporation,               )
13                                       )
                 Plaintiff,              )   **DECLARATION OF RAFAEL**
14                                       )   **GALICOT**
         v.                              )
15                                       )
    NETWORK COMMUNICATIONS              )
16  INTERNATIONAL CORP,, a Texas        )
    corporation; William Pope, an        )
17  individual, Jay Walters, an individual;, )
    Jeffrey Walters, an individual ; and  )
18  DOES 1 through 10, inclusive         )
                                         )
19               Defendants.             )

20

21

22

23

24

25

26

27

28

                 **DECLARATION OF RAFAEL GALICOT**

                           -1-

W97-OC:NTW\41322779.1

1

2    I, RAFAEL GALICOT, under penalty of perjury, declare and state:

3

4    1.    I am the Secretary of BBG Communications, Inc. ("BBG").   BBG is a

5    Delaware corporation duly organized and existing pursuant to the laws of the State

6    of Delaware with a principal place of business located at  1658 Gailes Boulevard,

7    Suite B, San Diego, California 92154.  In my capacity as Secretary, I am responsible

8    for the oversight of operations and management of BBG, including the receipt and

9    review of all confidential information produced by BBG in the ordinary course of

10   business.  I have personal knowledge of all of the facts and circumstances set forth

11   herein and if called as a witness, I could and would competently testify thereto.

12   2.    BBG has filed for and/or federally registered its trademarks and logos

13   both in the United States and internationally throughout the world.  BBG owns the

14   following United States federal trademark registrations, among others:  BBG® (Reg.

15   No. 2,371,265 (Int. Cl. 38)); BBG COMMUNICATIONS® (Reg. No. 2,375,351

16   (Int. Cl. 38)) and BBG Design(stylized)® (Reg. No. 2,371,266 (Int. Cl. 38))

17   (collectively, the "BBG Marks").  Copies of the official United States Patent and

18   Trademark ("USPTO") database information concerning the registrations for the

19   BBG Marks are attached hereto as Exhibit A.

20   3.    BBG is a well-known, multinational, multifunctional communications

21   holding company serving diverse international markets that include North America,

22   Europe, Japan, Israel, Latin America and the Caribbean basin.  BBG provides

23   internal and external communications in various countries acting as carrier and as an

24   international long distance reseller. BBG sells millions of dollars of

25   telecommunications services annually, and the consuming public in the industry has

26   come to associate the BBG trademarks and logos exclusively with its services.

27   4.    The telecommunications business is very competitive, and information

28   collected about sources of international services, marketing information, potential

-2-

1  customers, sales representatives are all very confidential and considered proprietary
2  information of a telecommunications company.  During their employment and other
3  work for BBG described in this Complaint, each BBG employee and sales agents
4  have knowledge of, access to, was entrusted with, and/or developed for BBG's
5  benefit certain confidential, proprietary and trade secret information (referred to
6  collectively as "Confidential Information") relating to BBG's telecommunications
7  services and operations, including marketing efforts; the processes, methods and
8  equipment by which the company operates; names of and information about the
9  company's employees, sales agents, customers and prospective customers; and the
10  company's business and financial records.  Each BBG employee and sales agent has
11  a duty to maintain the Confidential Information in confidence.  BBG developed the
12  Confidential Information over a long period of time and at significant cost.  BBG
13  has maintained, and continues to maintain, the confidentiality of this information.  Its
14  availability to a competitor (or potential competitor) would provide a significant
15  competitive advantage.  The Confidential Information is not generally available to
16  the public and constitutes secret information owned by BBG.
17      5.    BBG has registered and owns the internet domain name
18  BBGCOMM.COM and uses such URL for its email addresses on its email server.
19  BBG's practice for allocating its email from its email server to its employees follows
20  the following nomenclature: [first name]BBGCOMM.COM or [first name last
21  initial]BBGCOMM.COM.  For example, my business email address as
22  RAFAEL@BBGCOMM.COM, and BBG's President, Mr. Gregorio Galicot, has his
23  business email address listed as GREGORIO@BBGCOMM.COM.
24      6.    Defendant NCIC is a direct competitor of BBG in the
25  telecommunications industry.  A true and correct copy of the NCIC website offering
26  the identical services to BBG is attached hereto as Exhibit B.  I am personally very
27  familiar with NCIC as a direct competitor, as we have been competing on an
28

-3-

VERIFIED COMPLAINT

1  international basis for hotel accounts, telephone pay phone contracts, government

2  communications licenses, local sales agents and the like.

3      7.    BBG and NCIC have had significant competitive contacts over the past

4  5 years, including in the Caribbean, and have frequently placed competitive bids for

5  contracts with individuals at various hotels, pay phone operators and other accounts.

6  I personally know Mr. William "Bill" Pope, and have had many contacts with him in

7  the industry over the past years.

8      8.    BBG has contacted NCIC in the past for various unsavory business

9  practices, including but not limited to the use of the BBG trademark in NCIC's

10  website metatag html programming.  Attached hereto as Exhibit C is a true and

11  correct copy of a demand letter I directed be sent by our attorneys to Mr. Bill Pope

12  at NCIC dated March 18, 2003, complaining of such activity.

13      9.    NCIC has also engaged in other acts of unfair competition, including

14  the placement of stickers bearing its international telephone calling numbers over

15  those of BBG's in Ireland in 2002, interfering with BBG's government contract

16  licensing in foreign countries such as Italy, the attempted registration of BBG's

17  trademark in foreign jurisdictions and the like.  True and correct copies of demand

18  letters sent by our counsel relating to NCIC's prior activities in Italy are attached

19  hereto as Exhibits D and E.  However, none of these previous illegal acts ever rose

20  to such a level that BBG believed it was necessary to give rise to expensive and

21  time-consuming litigation.

22      10.   BBG has never authorized Defendants to use, distribute, sell, offer for

23  sale, advertise, or promote any sales or offer any services bearing any mark similar

24  to or likely to be confused with the BBG Marks, including but not limited to

25  registration of the internet domain name BBGCOM.COM (the "BBGCOM.COM

26  domain name").

27      11.   Unbeknownst to BBG, and upon information and belief, Defendants

28  registered the internet domain name BBGCOM.COM on or about April 17, 2001.

W97-OC:NTW\41322779.1                                    VERIFIED COMPLAINT

1  A copy of the official record associated with the Network Solutions Whois database
2  reflects the following information, and a true and correct copy of such record is
3  attached hereto as Exhibit F.  All information associated with the registered domain
4  name is fake, including the owner's name (BBG COM) the address: 1234 Gouge
5  Street, San Diego, California 80210 (there is no such address) and the telephone
6  numbers 619-555-1212 (FAX) 619-555-1212 are fake. The only information which
7  can be traced from this registration is the contact for 20944@whoisgkg.net.

8      12.   I directed BBG information technology personnel to conduct an
9  investigation into the contact information, and we were able to determine that the
10  person associated with the username for the BBGCOM.COM domain name is
11  "bpope" at the email address globalbrosky@yahoo.com.  A true and correct copy of
12  the webpage for a password reminder associated with the BBGCOM.COM domain
13  name obtained for 20944@whoisgkg.net (the information associated with the
14  BBGCOM.COM domain) is attached hereto as Exhibit G.  Therefore, the only
15  logical conclusion is that "bpope" is Defendant William "Bill" Pope, the President of
16  NCIC.

17      13.   While the registration of the BBGCOM.COM domain name by
18  Defendants was bad enough,  BBG has learned within the past 3 weeks that
19  Defendants have used such domain name to maintain one or more email servers to
20  register email addresses corresponding to the management personnel of BBG!  BBG
21  recently contracted Mr. Michael Stomps as a sales agent for BBG.  Mr. Stomps
22  previously worked for NCIC and informed me that NCIC is in possession of
23  numerous emails intended for BBG management.  Mr. Stomps told me that NCIC
24  had set up email addresses for the BBG personnel, including its top management.

25      14.   Apparently, Mr. Jeffrey Walters (an agent and/or employee of NCIC
26  and a relative of Defendant Jay Walters) is in charge of reviewing the misdirected
27  emails that come into the NCIC server through the illicit use of the BBG personnel
28  names. Based on information and belief, using a different email address at

-5-

VERIFIED COMPLAINT

1  jeffrey@3comcr.com, Mr. Walters collects these emails, screens them, and then

2  forwards them to Mr. Pope for review and comment.  Based on information and

3  belief, Mr. Pope then sends directions to various NCIC agents or employees based

4  on BBG's confidential information revealed in them.

5       15.   It is my understanding that the software on the internet will send a

6  message to an email sender if an email address does not exist.  This means that

7  normally, if an email is sent to a non-existent email address, the sender will receive

8  a message that says that the email is "Undeliverable" which alerts the sender that the

9  email address was typed wrong.  In this case, however, none of the BBG personnel

10  would have had an email "kicked back" as undeliverable which included the

11  "BBGCOM.COM" (missing the "m" in the genuine BBG email address).  Therefore,

12  none of the BBG personnel, outside third parties, or the public using the misspelled

13  address would ever have any knowledge that their emails were not actually sent to

14  or received by BBG personnel.

15       16.   Because NCIC set up the illicit email addresses, the emails would in

16  fact be delivered to the NCIC server, while the sender would believe that the email

17  had been received by the BBG recipient.  NCIC's illegal activities have operated to

18  defraud the public, as emails which would have been received by BBG from the

19  public (such as customer service issues) and BBG has not been able to issues raised

20  by the public.  An example is a customer from Pfizer, Inc. who was seeking a credit

21  to an account and intended to send an email to Annel, a BBG employee.  The

22  customer sent the email to annel@bbgcom.com, which was intercepted by Jeffrey

23  Walters, who then sent the email to Michael Stomps, inquiring if he had called the

24  hotel where the customer call originated.  BBG never had a chance to respond to this

25  customer's problem, as the email was never delivered to Annel, nor would the

26  customer receive an "undeliverable" response.  Clearly, this particular customer,

27  who was seeking a response from BBG, would believe that BBG was not

28

W97-OC:NTW\41322779.1                                                    VERIFIED COMPLAINT

1  responding to its concerns. The public is being defrauded and harmed by such
2  intercepted email traffic.

3      17.   I am aware in some instances that the email does not get a response
4  from BBG because no-one from the legitimate BBG email address ever received the
5  person's email. In the instance detailed above, the end user customer from Pfizer,
6  Inc. was seeking a credit to his own credit card for a wrong charge. He sent
7  multiple emails to the inaccurate BBGCOM.COM address, and never got the credit
8  made to his credit card by BBG (who would have issued such credit immediately).
9  In fact, he never received an electronic response from BBG because BBG had no
10 way of knowing he was attempting to contact BBG. As clearly exemplified, such
11 activities inflict direct financial harm on innocent individuals in the public, and
12 moreover, blame will be attributed to BBG for defrauding the customer. Moreover,
13 under state credit laws, BBG is potentially open to liablity under strict liablity
14 consumer protection statutes for these fraudulent activities.

15     18.   I have ascertained the following types of confidential information have
16 been obtained by NCIC through the use of these illicit email addresses: BBG pricing
17 information, BBG marketing information, BBG customer information; information
18 on acquisitions sought by BBG, attorney-client privileged information sent to BBG
19 by its Mexican counsel concerning proposed transactions; sales agent sales
20 information and spreadsheets, potential customer contacts, and bidding information
21 directly competitive to NCIC, among other valuable trade secret information.

22     18.   I asked for and obtained a few copies of emails from Mr. Stomps'
23 computer(s) which were sent to him during his previous association with NCIC.
24 These emails prove that (1) NCIC set up the illicit email addresses and has control
25 over all emails using BBG's personnel names with the BBGCOM.COM domain
26 name; (2) NCIC has received confidential and proprietary information of BBG; (3)
27 NCIC has knowingly used such information to its commercial benefit and to the
28 detriment of BBG; (4) such emails have intentionally been disseminated among

W97-OC:NTW\41322779.1                                    VERIFIED COMPLAINT

NCIC agents/employees; and (5) Mr. Pope has complete knowledge and control over the information illegally obtained from BBG and has used such information to interfere with BBG's economic relationships for the direct benefit of NCIC as BBG's direct competitor.  A few samples illustrate the gravity of NCIC's actions:

1. Email referenced above dated January 16, 2003, where a BBG customer from Pfizer, Inc. was asking for a credit to an account and intended to send an email to Annel, a BBG employee.  The customer sent the email to annel@bbgcom.com, which was intercepted by Jeffrey Walters, who then sent the email to Michael Stomps, inquiring if he had called the hotel where the customer call originated. A true and correct copy of this email is attached hereto as Exhibit H.

2. Email dated March 12, 2003, where Joanne Pearson, Operations Manager for BBG in Ireland, sent a sales presentation with BBG billing information, guarantee, Ireland hotel references and a BBG customer agreement to a potential BBG customer, the O'Callaghan Hotels.  Mr. Jeffrey Walters obtained and forwarded the email with the sales presentation material and proprietary information to Mr. Michael Stomps, Mr. Jeroen Sluiter and Mr. T. Hoogstraaten, saying "Someone needs to go after BBG Ireland."  A true and correct copy of this email is attached hereto as Exhibit I.

3. Email dated March 17, 2003, where we were internally discussing the hiring of a new agent in Bermuda, someone inadvertently sent the email to the BBGCOM.COM domain, and once intercepted by NCIC, Jeffrey Walters cut and past information in the email to Michael Stomps, saying "Contact him at the end of this week or in about 2 weeks . . . You need to come up with a story how you got the info. . . A true and correct copy of this email is attached hereto as Exhibit J.

4. Email dated April 1, 2003, where Brian Rhys sent an Excel spreadsheet with confidential and proprietary sales information for the preceding August-February to me (using the incorrect email address inadvertently), which was

VERIFIED COMPLAINT

1   intercepted by Mr. Walters and forwarded to Bill Pope, who said "Has Stomps made

2   any attempts to contact C&W Jamaica??? Does he understand their [sic] is an open

3   window of opportunity?" A true and correct copy of this email is attached hereto as

4   Exhibit K.

5          5.  Email dated March 25, 2003 from a BBG customer concerning

6   billing charges for a hotel in St.. Maarten, which was intercepted by Mr. Walters and

7   forwarded to Michael Stomps, saying "What is the strategy on St. Maarten? Are you

8   guys still in there? Doing any traffic? Do you have a local rep?"  A true and correct

9   copy of this email is attached hereto as Exhibit L.

10         6. Email dated April 22, 2003 from Damon Rhys, BBG Marketing

11  Director Asia/Oceania, concerning a contract with Melia Bali hotel contract, and

12  attaching a spreadsheet with call detail records for the hotel that was intercepted by

13  Mr. Walters and forwarded to Mr. Stomps, saying "They have some problems with

14  this hotel . . ." A true and correct copy of this email is attached hereto as Exhibit M.

15

16         19.   Moreover, upon discovery of NCIC's setting up BBG's personnel's

17  names diversionary email accounts, I sent an order to have BBG personnel search

18  their email records to see if any had mistakenly sent an internal email containing

19  confidential, trade secret information to an email address corresponding to the illicit

20  email account with the missing "m."  Surprisingly, we discovered numerous such

21  emails sent to and from our own personnel, and which, based on information and

22  belief, would be currently in the possession of NCIC.  Because of the inherent

23  naming capabilities and reply capabilities contained in various email software

24  programs, including Microsoft Outlook, a single mistake using the BBGCOM.COM

25  address instead of the genuine BBGCOM.COM address can compound into tens of

26  emails being routed from BBG personnel to the illicit email addresses set up by

27  NCIC.  Exemplars of such emails are collectively attached hereto as Exhibit N.  The

28

following emails show samples of the various highly confidential and proprietary information diverted by NCIC to the illicit email addresses:

1. Email dated March 19, 2003 from Mr. Clemesha to me attaching pending contract negotiation details, including contact information.

2. Email dated March 17, 2003 from Mr. Clemesha to me, attaching a spreadsheet containing all of BBG's highly confidential and proprietary contract information for the Marriott Hotel chain on a worldwide basis, including all contact information, sales details and addresses.

3. Email dated October 10, 2002 from Mr. Jorge Macari to Gregorio Galicot enclosing spreadsheets containing sales information for the Marriott hotel chain, marked "Confidential."

4. Email dated March 21, 2003 from Brian Rhys to Rafael Galicot enclosing pricing information for Toronto and London telecommunications lines.

5. Email dated January 16, 2003 from a BBG employee, Delma, sent internally to Mr. Gregorio Galicot containing confidential information on BBG's financial records and credit card information.

6. Email dated January 7, 2003 from a BBG employee, Delma, sent internally to Damon Rhys and Mr. Gregorio Galicot containing confidential information concerning international telephone numbers for New Zealand hotels.

20.    Upon information and belief, Defendants are in possession of and are using copious but unquantifiable amounts of BBG's internal, confidential and proprietary information through the use of the illicit email addresses set up to correspond to the employees of BBG via the registration of the domain name BBGCOM.COM incorporating BBG's federally registered trademark.  I believe that NCIC's use of the BBG mark was willful, having been adopted with knowledge of Plaintiff's prior rights in and to the BBG Marks, with the intent to trade on and

VERIFIED COMPLAINT

benefit from the goodwill established in the BBG Marks by Plaintiff. NCIC has willfully used the confidential information of BBG obtained through these illicit email addresses to the commercial detriment of BBG.

21. It is my belief that unless BBG immediately recovers all of its confidential information residing on those computers relating to the BBGCOMM.COM, the public shall continue to be defrauded, and BBG shall continue to suffer substantial injury to its business caused by its competitor, NCIC. BBG needs immediate access to NCIC's computer systems to determine who in the public has been defrauded so as to rectify any end user related problems, and to determine the extent of NCIC's illegal activity, the volume of confidential information in the hands of NCIC, and to regain possession of its trade secrets.

22. It is also my belief that it is not reasonable to anticipate that NCIC would have registered a domain name incorporating BBG's trademark and which corresponds directly to the pre-existing domain name of BBG, with only the following "m" missing from BBGCOMM.COM. Further, I believe it is not reasonable to anticipate that NCIC would have set up email addresses corresponding to each of BBG's key employees, intercepted emails which were inadvertently sent to the wrong email address, and then used the information obtained to the competitive detriment of BBG. In my opinion, this is egregious and illegal conduct which does not conform in any way to business norms.

23. Upon information and belief, all of the information relating to NCIC's wrongdoing is electronic in nature. Based on NCIC's prior actions (using fake information and numerous layers of technological efforts to hide its activities), it is my belief that if NCIC receives any prior notification of these proceedings, there is a substantial probability that the evidence of this wrongdoing will be spoliated. If the electronic information contained in NCIC's computers is erased or deleted, then BBG will never have any ability to determine the extent of damage done to BBG's business by NCIC's illegal activities.

VERIFIED COMPLAINT

24.     Upon information and belief, all of the information relating to NCIC's
wrongdoing is electronic in nature.  Based on NCIC's prior actions (using fake
information and numerous layers of technological efforts to hide its activities), it is
my belief that if NCIC receives any prior notification of these proceedings, there is a
substantial probability that the evidence of this wrongdoing will be spoliated.  If the
electronic information contained in NCIC's computers is erased or deleted, then
BBG will never have any ability to rectify any public harm, or determine the extent
of damage done to BBG's business by NCIC's illegal activities.

I declare under penalty of perjury under the laws of the United States of
America that the above is true and correct.

Date: June 18, 2003                          RAFAEL GALICOT

W97-OC:NTW\41323135.1W02-
RD-RTB31\S1701519.1

-12-



# UNITED STATES PATENT AND TRADEMARK OFFICE

## Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jun 17 04:14:12 EDT 2003*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | BBG |
| **Goods and Services** | IC 038. US 100 101 104. G & S: telecommunications services, namely, electronic transmission of voice and data. FIRST USE: 19960630. FIRST USE IN COMMERCE: 19970113 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75812854 |
| **Filing Date** | October 1, 1999 |
| **Published for Opposition** | May 2, 2000 |
| **Registration Number** | 2371265 |
| **Registration Date** | July 25, 2000 |
| **Owner** | (REGISTRANT) BBG Communications, Inc. CORPORATION DELAWARE 401 B Street, Suite 1260 San Diego CALIFORNIA 92101 |
| **Attorney of Record** | DOLORES LYONS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP |

**EXHIBIT**
*A*

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2003-06-17 14:00:07 ET

**Serial Number:** 75812854

**Registration Number:** 2371265

**Mark (words only):** BBG

**Current Status:** Registered.

**Date of Status:** 2000-07-25

**Filing Date:** 1999-10-01

**Registration Date:** 2000-07-25

**Law Office Assigned:** LAW OFFICE 106

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -Warehouse (Newington)

**Date In Location:** 2000-07-31

---

## CURRENT APPLICANT(S)/OWNER(S)

1. BBG Communications, Inc.

**Address:**
BBG Communications, Inc.
401 B Street, Suite 1260
San Diego, CA 92101
United States
**State or Country of Incorporation:** Delaware
**Legal Entity Type:** Corporation

---

## GOODS AND/OR SERVICES

telecommunications services, namely, electronic transmission of voice and data
**International Class:** 038
**First Use Date:** 1996-06-30
**First Use in Commerce Date:** 1997-01-13

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

Latest Status Info

## PROSECUTION HISTORY

2003-06-12 - TEAS Change of Correspondence Received

2002-04-05 - PAPER RECEIVED

2000-07-25 - Registered - Principal Register

2000-05-02 - Published for opposition

2000-03-31 - Notice of publication

2000-03-03 - Approved for Pub - Principal Register (Initial exam)

2000-03-03 - Case file assigned to examining attorney

## CONTACT INFORMATION

**Correspondent (Owner)**
DOLORES LYONS (Attorney of record)

Tawnya Wojciechowski
Sheppard, Mullin, Richter & Hampton LLP
Fourth Floor
650 Town Center Drive
Costa Mesa CA 92626
**Phone Number:** 714-513-5100
**Fax Number:** 714-513-5130
**Email Address:** tawnya@sheppardmullin.com

TESS - Document Display



UNITED STATES PATENT AND TRADEMARK OFFICE

**Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jun 17 04:14:12 EDT 2003*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS.)*



| | |
|---|---|
| **Word Mark** | BBG |
| **Goods and Services** | IC 038. US 100 101 104. G & S: telecommunications services, namely electronic transmission of voice and data. FIRST USE: 19960630. FIRST USE IN COMMERCE: 19970113 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 260102 260109 260115 260116 260121 260509 260521 |
| **Serial Number** | 75812855 |
| **Filing Date** | October 1, 1999 |
| **Published for Opposition** | May 2, 2000 |
| **Registration Number** | 2371266 |
| **Registration Date** | July 25, 2000 |
| **Owner** | (REGISTRANT) BBG Communications, Inc. CORPORATION DELAWARE 401 B Street, Suite 1260 San Diego CALIFORNIA 92101 |
| **Attorney of Record** | DOLERES LYONS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2003-06-17 14:00:53 ET

**Serial Number:** 75812855

**Registration Number:** 2371266

**Mark**



**(words only):** BBG

**Current Status:** Registered.

**Date of Status:** 2000-07-25

**Filing Date:** 1999-10-01

**Registration Date:** 2000-07-25

**Law Office Assigned:** LAW OFFICE 106

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 - Warehouse (Newington)

**Date In Location:** 2000-07-31

---

## CURRENT APPLICANT(S)/OWNER(S)

1. BBG Communications, Inc.

**Address:**
BBG Communications, Inc.
401 B Street, Suite 1260
San Diego, CA 92101
United States
**State or Country of Incorporation:** Delaware
**Legal Entity Type:** Corporation

---

## GOODS AND/OR SERVICES

telecommunications services, namely electronic transmission of voice and data
**International Class:** 038

Latest Status Info

**First Use Date:** 1996-06-30
**First Use in Commerce Date:** 1997-01-13

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2003-06-12 - TEAS Change of Correspondence Received

2002-04-05 - PAPER RECEIVED

2000-07-25 - Registered - Principal Register

2000-05-02 - Published for opposition

2000-03-31 - Notice of publication

2000-03-03 - Approved for Pub - Principal Register (Initial exam)

2000-03-03 - Case file assigned to examining attorney

---

## CONTACT INFORMATION

---

**Correspondent (Owner)**
DOLERES LYONS (Attorney of record)

Tawnya Wojciechowski
Sheppard, Mullin, Richter & Hampton LLP
Fourth Floor
650 Town Center Drive
Costa Mesa CA 92626
**Phone Number:** 714-513-5100
**Fax Number:** 714-513-5130
**Email Address:** tawnya@sheppardmullin.com

---



UNITED STATES PATENT AND TRADEMARK OFFICE

**Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jun 17 04:14:12 EDT 2003*

`PTO HOME` `TRADEMARK` `TESS HOME` `NEW USER` `STRUCTURED` `FREE FORM` `BROWSE DICT` `BOTTOM` `HELP`

`Logout` Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

`Check Status` *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | BBG COMMUNICATIONS |
| **Goods and Services** | IC 038. US 100 101 104. G & S: telecommunications services, namely, electronic transmission of voice and data. FIRST USE: 19960630. FIRST USE IN COMMERCE: 19970113 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75812856 |
| **Filing Date** | October 1, 1999 |
| **Published for Opposition** | May 16, 2000 |
| **Registration Number** | 2375351 |
| **Registration Date** | August 8, 2000 |
| **Owner** | (REGISTRANT) BBG Communications, Inc. CORPORATION DELAWARE 401 B Street, Suite 1260 San Diego CALIFORNIA 92101 |
| **Attorney of Record** | DOLORES LYONS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMMUNICATIONS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

`PTO HOME` `TRADEMARK` `TESS HOME` `NEW USER` `STRUCTURED` `FREE FORM` `BROWSE DICT` `TOP` `HELP`

Latest Status Info

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2003-06-17 14:01:31 ET

**Serial Number:** 75812856

**Registration Number:** 2375351

**Mark (words only):** BBG COMMUNICATIONS

**Current Status:** Registered.

**Date of Status:** 2000-08-08

**Filing Date:** 1999-10-01

**Registration Date:** 2000-08-08

**Law Office Assigned:** LAW OFFICE 106

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -Warehouse (Newington)

**Date In Location:** 2000-08-11

---

## CURRENT APPLICANT(S)/OWNER(S)

1. BBG Communications, Inc.

**Address:**
BBG Communications, Inc.
401 B Street, Suite 1260
San Diego, CA 92101
United States
**State or Country of Incorporation:** Delaware
**Legal Entity Type:** Corporation

---

## GOODS AND/OR SERVICES

telecommunications services, namely, electronic transmission of voice and data
**International Class:** 038
**First Use Date:** 1996-06-30
**First Use in Commerce Date:** 1997-01-13

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

**Disclaimer:** "COMMUNICATIONS"

## PROSECUTION HISTORY

2003-06-12 - TEAS Change of Correspondence Received

2002-04-05 - PAPER RECEIVED

2000-08-08 - Registered - Principal Register

2000-05-16 - Published for opposition

2000-04-14 - Notice of publication

2000-03-17 - Approved for Pub - Principal Register (Initial exam)

2000-03-06 - Examiner's amendment mailed

2000-03-03 - Case file assigned to examining attorney

## CONTACT INFORMATION

**Correspondent (Owner)**
DOLORES LYONS (Attorney of record)

Tawnya Wojciechowski
Sheppard, Mullin, Richter & Hampton LLP
Fourth Floor
650 Town Center Drive
Costa Mesa CA 92626
**Phone Number:** 714-513-5100
**Fax Number:** 714-513-5130
**Email Address:** tawnya@sheppardmullin.com



EXHIBIT

B



(714) 424-2828                                                          82X-81326
tawnya@sheppardmullin.com


March 18, 2003


**VIA FACSIMILE AND MAIL**: (903) 757-4455


Mr. Bill Pope
President
Network Communications International Corporation
1201 Loop 281
Longview, Texas 75606

            Re:    BBG Communications
                    Metatag Use of BBG Federally Registered Trademark

Dear Mr. Pope:

       As you know, this firm represents BBG Communications, Inc.
("BBG") in its legal matters. BBG is the current owner and registrant of the service
marks  BBG, BBG COMMUNICATIONS and the BBG LOGO used in connection
with telecommunications services on a worldwide basis (the "BBG Marks").

       We have discovered that your company's internet website contains a
hidden html source page that contains BBG's federally registered trademark BBG
in its metatag.  As this page is immediately hidden from sight as a redirected page
on your html source page, you have clearly intended to use BBG's trademark in a
clandestine manner.   Such activities are substantial evidence of your willful intent
to infringe upon BBG's intellectual property rights.

       Therefore, we demand that your company, or any company or person
affiliated in any way with your company, cease any use of the BBG trademarks,
including in your hidden html source coding.  Additionally, we confirm BBG's



NCIC
March 18, 2003
Page 2

position that any adoption or use by any third party of a mark which is identical to or substantially similar to the BBG Marks would (i) likely confuse, mislead or deceive the public as to any affiliation between BBG and such third party, including NCIC; (ii) operate to falsely suggest that BBG has endorsed such use of such mark with NCIC's services; and (iii) would dilute BBG's distinctive quality of its BBG Marks.  As you are a direct competitor to BBG,  your  use of the BBG trademark in your internet website metatags is clearly intended to re-direct customers or potential customers and internet traffic from BBG to NCIC and only indicates your intent to trade on the valuable goodwill which BBG has expended substantial effort to develop. This constitutes unlawful acts of trademark infringement, dilution and unfair competition.   BBG is prepared to take all appropriate legal action  in the event of any continued acts of unfair competition or trademark infringement.

            Please give us a written response by the close of business on March 30, 2003 regarding whether you will immediately remove the federally registered BBG trademark from your hidden html source coding.   We also confirm that neither NCIC nor any of its affiliates will promote their businesses in any location in the world using any of the BBG Marks. Absent a response, we shall proceed with all appropriate actions. Please contact me if you have any questions.

                        With kind regards,

                        / S /

                        Tawnya R. Wojciechowski

                  for SHEPPARD, MULLIN, RICHTER & HAMPTON

cc:     BBG Communications, Inc.
        Jerry Gumpel, Esquire

        oc41240152

(858) 720-8965                                                        82X-81326
jgumpel@sheppardmullin.com


September 24, 2001


**VIA FACSIMILE AND MAIL**: (903) 757-4455

Mr. Bill Pope
President
Network Communications International Corporation
1201 Loop 281
Longview, Texas 75606

        Re:    BBG Communications and
               Registration of BBG Trademark in Italy

Dear Mr. Pope:

        This firm represents BBG Communications, Inc. ("BBG") in its legal matters. BBG is the current owner and registrant of the service marks  BBG, BBG COMMUNICATIONS and the BBG LOGO used in connection with telecommunications services on a worldwide basis (the "BBG Marks").

        We received a copy of an Italian trademark application filed on May 29, 2001 by Ms. Maria van Santvillet for the mark BBG COMMUNICATIONS and Logo.  We have also received a letter from an attorney in Costa Rica purporting to be a demand letter on behalf of Mrs. Van Santvillet regarding BBG's use of the mark BBG COMMUNICATIONS in Italy.  We also are aware of a proposal by NCIC to provide telecommunications services to Telecom Italia, in direct competition with BBG. As you know, BBG has an existing contract with Telecom Italia and is officially authorized by the Italian Communications Authority to provide such services.



EXHIBIT
*D*

NCIC
September 24, 2001
Page 2

We have also been advised that your company has a family
affiliation with another company, Redcom S.A., also located in Costa Rica, which
does business in Costa Rica under the name Redcom and in Aruba and St. Marten
under the name Bluephone. We understand that NCIC and Redcom utilize an
identical logo bearing the name NCIC on its letterhead, and we believe that Ms.
Van Santvillet has a relationship with Redcom dba Bluephone. In view of Ms. Van
Santvillet's application for the BBG COMMUNICATIONS mark incorporating the
NCIC Logo, we believe NCIC is ultimately responsible for the Italian application.

Therefore, we demand that your company, or any company or person
affiliated in any way with your company, cease any use of the BBG Marks. We
shall be separately communicating with Ms. Van Santvillet and her attorney to
require that she voluntarily relinquish the Italian trademark application she recently
filed, or face a cancellation action in Italy based on her bad faith registration of
this mark. We urge you to contact Ms. Van Santvillet to obtain a voluntary
withdrawal of this mark from the Italian Trademark Office. Absent her agreement
to do so, we will be compelled to take appropriate action against her.

Additionally, we confirm BBG's position that any adoption or use by
any third party of a mark which is substantially similar to the BBG Marks would
(i) likely confuse, mislead or deceive the public as to any affiliation between BBG
and such third party, including NCIC and Ms. Van Santvillet; (ii) operate to falsely
suggest that BBG has endorsed such use of such mark with NCIC's services; and
(iii) would dilute BBG's distinctive quality of its BBG Marks. As you are a direct
competitor to BBG, your attempt to have a third party register or adopt a
substantially similar mark or logo can only indicate your intent to trade on or,
worse yet, fraudulently destroy the valuable goodwill which BBG has expended
substantial effort to develop. This would constitute unlawful acts of trademark
infringement and unfair competition under the laws of Italy and the United States,
and would also violate the provisions of the Paris Convention.

Please be advised that we are also evaluating BBG's rights and the
potential unlawful activities of NCIC relating to NCIC's interference with its
contract with Telecom Italia. NCIC has no right to make any statements to
Telecom Italia that reference any authorization by the Italian government for NCIC
to provide telecommunications services in Italy under the authority given to BBG

NCIC
September 24, 2001
Page 3


by the Italian Communication Authority.   It is our view that any attempt by NCIC
to use any authority received by BBG, or any attempt to associate NCIC with
BBG, shall constitute unfair competition and fraud under the laws of both Italy and
the United States.  NCIC's promotion of its operator assisted call services using the
BBG Marks clearly is such unfair competition.  It is meant to confuse the public as
well as Italian authorities who may believe that the business being promoted is the
licensed BBG business when in truth that is not the case.  BBG is prepared to take
all appropriate legal action here in the United States or as may be appropriate in
other countries, in the event of any continued acts of unfair competition or
trademark infringement.

            Please give us a written response by the close of business on July 27,
2001 regarding whether you will obtain Ms. Van Santvillet's cooperation to
voluntarily abandon the Italian BBG COMMUNICATIONS trademark
registration.  We also confirm that neither NCIC nor any of its affiliates will
promote their businesses in any location in the world using any of the BBG Marks.
Absent a response, we shall proceed against all responsible parties in the
appropriate venue. Please contact me if you have any questions.


                        With kind regards,

                        / ≤ /

                        Jerry J. Gumpel

            for SHEPPARD, MULLIN, RICHTER & HAMPTON



cc:     BBG Communications, Inc.


        oc41240152

(619) 338-6665
jgumpel@smrh.com

82X-80649

July 20, 2001

**VIA FACSIMILE: 011 506 224 6018**

Bernan Salazar Urena
Bufete Bernan Salazar y Asociados

Re:   <u>BBG Communications</u>

Dear Mr. Urena:

This firm represents BBG Communications, Inc. ("BBG") in its legal
matters. We were forwarded a copy of your letter of June 14, 2001, purporting to be a
demand letter on behalf of Mrs. Van Santvillet regarding BBG's use of the mark BBG
COMMUNICATIONS in Italy. We have also obtained a copy of an Italian trademark
application filed on May 29, 2001 by Ms. Maria van Santvliet for the mark BBG
COMMUNICATIONS and Logo. As we believe this will be a matter of Italian and
American law, please confirm your continued representation of Ms. Van Santvillet in
this matter or forward the name and address of her Italian and United States attorneys.

BBG is the current owner and registrant of the service marks BBG, BBG
COMMUNICATIONS and the BBG LOGO used in connection with
telecommunications services on a worldwide basis (the "BBG Marks"). The BBG
Marks are well-known throughout the world and enjoy considerable goodwill in the
telecommunications business. Any adoption or use by any third party of a mark which
is substantially similar to the BBG Marks would (i) likely confuse, mislead or deceive
the public as to any affiliation between BBG and such third party, including Ms. Van
Santvillet; (ii) operate to falsely suggest that BBG has endorsed such use of such mark,
and (iii) would dilute BBG's distinctive quality of its BBG Marks. Therefore, we
demand that Ms. Van Santvillet, or any company or person affiliated in any way with
Ms. Van Santvillet, cease any attempt to register or use of BBG Marks. We require

EXHIBIT

E

Mr. Bernan Salazar Urena
July 20, 2001
Page 2

that she voluntarily relinquish the Italian trademark application she recently filed, or face a cancellation action in Italy based on her bad faith registration of this mark. We urge you to contact Ms. Van Santvillet to obtain a voluntary, express abandonment of this mark from the Italian Trademark Office. Absent her agreement to do so, we will be compelled to take appropriate action against her.

We also note that the Italian application not only contains the mark BBG COMMUNICATIONS, but incorporates the identical logo to that of a competitor of BBG called NCIC, also located in the United States. We have also been advised that NCIC has a family affiliation with another company, Redcom S.A., located in Costa Rica, which does business in Costa Rica (under the name Redcom) and in Aruba and St. Marten (under the name Bluephone). We understand that NCIC and Redcom utilize an identical logo bearing the name NCIC on its letterhead, and we believe that Ms. Van Santvillet has a relationship with Redcom dba Bluephone. In view of Ms. Van Santvillet's application for the BBG COMMUNICATIONS mark incorporating the NCIC Logo, we believe NCIC has participated in some manner with Ms. Van Santvillet in the wrongful and bad faith filing of the Italian application. We have separately contacted NCIC regarding this matter.

It is our view that any attempt by Ms. Van Sentvillet or NCIC to maintain the Italian registration or attempt to falsely associate NCIC with BBG, shall constitute unfair competition under the laws of both Italy and the United States. BBG is prepared to take all appropriate legal action in the event of any continued acts of unfair competition or trademark infringement.

Mr. Bernan Salazar Urena
July 20, 2001
Page 3

        Please give us a written response by the close of business on July 27, 2001 regarding whether Ms. Van Santvillet will voluntarily give up the Italian BBG COMMUNICATIONS trademark registration.  Absent a response, we shall proceed against her in the appropriate venue.

        Please contact me if you have any questions.

        Very truly yours,

        /s/

        Jerry J. Gumpel

        for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

WORD-OC\NTW\41240123.1



**NetworkSolutions®**
a VeriSign® company

HELP    WHOIS    VIEW OR

**HOME**    DOMAIN NAMES    WEB SITES    E-MAIL    BUSINESS BUILDERS    RENEW SERVICE

# WHOIS SEARCH RESULTS

**WHOIS RECORD FOR**

**bbgcom.com**                    Back-order this name

The Data in GKG.NET's WHOIS database is provided by GKG.NET for information purposes, and to assist persons in obtaining information about or related to a domain name registration record. GKG.NET does not guarantee its accuracy. By submitting a WHOIS query, you agree that you will use this Data only for lawful purposes and that, under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail (spam); or (2) enable high volume, automated, electronic processes that apply to GKG.NET (or its systems). GKG.NET reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

Registrant:
BBG Com
Administrator Network
1234 Gouge St
San Diego, Ca 80210
US
619-555-1212 (FAX) 619-555-1212
20944@whois.gkg.net

Administrative Contact:
BBG Com
Administrator Network
1234 Gouge St
San Diego, Ca 80210
US
619-555-1212 (FAX) 619-555-1212
20944@whois.gkg.net

Technical Contact:
BBG Com
Administrator Network
1234 Gouge St
San Diego, Ca 80210
US
619-555-1212 (FAX) 619-555-1212
20944@whois.gkg.net

Billing Contact
BBG Com
Administrator Network
1234 Gouge St
San Diego, Ca 80210
US
619-555-1212 (FAX) 619-555-1212
20944@whois.gkg.net

Registrar..: gkg.net (http://register.gkg.net/)
Domain Name: BBGCOM.COM
Created on..............: 17-APR-2001
Expires on..............: 17-APR-2006
Record last updated on..: 02-APR-2003
Status.................: ACTIVE

**Tran**
**dom**
**f**

**$**

**a**

include

We
S



EXHIBIT

F

Domain servers in listed order:

NS.GKG.NET
NS2.GKG.NET

The previous information has been obtained either directly from the
registrant or a registrar of the domain name other than Network Solutions.
Network Solutions, therefore, does not guarantee its accuracy or completeness.

SEARCH AGAIN

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the
of high-volume, automated, electronic processes. The Data in Network Solutions' WHOIS database is
provided by Network Solutions for information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. Network Solutions does not guarantee its accuracy.
By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use
this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow,
enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via
e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to
Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of
this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use
high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions
reserves the right to terminate your access to the WHOIS database in its sole discretion, including without
limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by this policy.
Network Solutions reserves the right to modify these terms at any time.

Back to top | About Us | Partnerships | Contact Us | Site Map



Home | Domain Names | Web Sites | E-Mail | Renew Services | Account Manager

Review our Privacy Policy, Service Agreement, Legal Notice and Disclaimer © Copyright 2003
Network Solutions, Inc. All rights reserved.



**register a domain**



[ _____ ] **GO!**

click here to search whois

**domain registration**

▶ **register a domain**
▶ **domain management**
▶ **GKG username management**
- **change address, phone, fax, email**
? **how to change address, phone, fax, email**
- **change password**
- **create a GKG username**
? **how to create a GKG username**
- **lookup your GKG username**
- **lookup a GKG username associated with a domain**
- **forgot your password?**
- **Administrative GKG Username Change Letter**
▶ **renewals**
▶ **parking**
▶ **DNS (domain name server/host name) management**
▶ **domain transfers/ change registrar to GKG**
▶ **resellers**
▶ **whois**

# Password Reminder

The contact usernames and email addresses associated with **bbgcom.com** are listed below. Click a link to have the password emailed to that particular contact username.

| Username | Email | Contact Type |
|---|---|---|
| bpope | globalbrosky@yahoo.com | Registrant |
| bpope | globalbrosky@yahoo.com | Administrative |
| bpope | globalbrosky@yahoo.com | Technical |
| bpope | globalbrosky@yahoo.com | Billing |



EXHIBIT
G

Home | Domain Registration | Web Hosting | Web Site Development | Co-Located Servers | Training | E-Government Consulting | GKG Internet Customer Service | GKG info | GKG Jobs | Contact us.

For questions or assistance, please call 8-6 CST (800) 617-0412 or email support@gkg.net

© Copyright 1997 - 2003 GKG.NET, INC. All rights reserved.

Please read our Disclaimer, our Privacy Policy, our Registration Agreement, and our Domain Name Dispute Policy.