

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHAL DIVISION

| | | |
|---|---|---|
| (1) BBG COMMUNICATIONS, INC. | § | |
| | § | |
| VS. | § | Civil No. 2:03-CV-227 |
| | § | (WARD) |
| (1) NETWORK COMMUNICATIONS | § | |
| INTERNATIONAL, INC.; | § | |
| (2) WILLIAM POPE; | § | |
| (3) JAY WALTERS; and | § | |
| (4) JEFFERY WALTERS | § | |

## PLAINTIFF'S AGREED MOTION TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS

Plaintiff BBG Communications, Inc. respectfully moves the Court for an extension of time to respond to Defendant Network Communications International, Inc.'s ('NCIC') counterclaims in the above-entitled cause. Plaintiff's response to NCIC's counterclaims is currently due November 20, 2003. With NCIC's consent, Plaintiff requests an extension of its time to respond until December 5, 2003. This extension is not sought for purposes of delay, but so that Plaintiff may appropriately respond to NCIC's claims.

Respectfully submitted,

_____
Otis W. Carroll
Texas Bar No. 03895700
Wesley Hill
Texas Bar No. 24032294
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
South Broadway at Grande Boulevard
Tyler, Texas 75703
(903) 561-1600
(903) 581-1071 (fax)



ATTORNEYS FOR PLAINTIFF
BBG COMMUNICATIONS, INC.

OF COUNSEL

Tawnya R. Wojciechowski
California Bar No. 180,063
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1925
Telephone:   (714) 513-5100
Facsimile:   (714) 513-5130

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), movant has contacted opposing counsel and was informed that opposing counsel agrees to the relief requested herein.

_____
Wesley Hill

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on all parties via United States mail and/or electronic delivery this 20th day of November, 2003.

_____
Wesley Hill

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHAL DIVISION

| | | |
|---|---|---|
| (1) BBG COMMUNICATIONS, INC. | § § | |
| VS. | § § | Civil No. 2:03-CV-227 (WARD) |
| (1) NETWORK COMMUNICATIONS INTERNATIONAL, INC.; <br> (2) WILLIAM POPE; <br> (3) JAY WALTERS; and <br> (4) JEFFERY WALTERS | § § § § § | |

## ORDER

Before the Court is Plaintiff BBG Communications, Inc.'s Agreed Motion to Extend Time to Respond to Counterclaims. Having considered the matter and that it is agreed, the Court GRANTS Plaintiff's motion and extends its time to respond to NCIC's counterclaims up to and including December 5, 2003.

ORDERED and SIGNED this _____ day of _____, 2003.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE