UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| (1)   BBG COMMUNICATIONS, INC. | § | |
| | § | |
| VS. | § | |
| | § | Civil Case No. 2:03-CV-227 |
| (1)   NETWORK COMMUNICATIONS | § | |
|         INTERNATIONAL CORP.; | § | (WARD) |
| (2)   WILLIAM POPE; | § | |
| (3)   JAY WALTERS; and | § | |
| (4)   JEFFERY WALTERS | § | |

## ORDER

Before the Court is Plaintiff BBG Communications, Inc.'s First Motion for Protection. Having considered the matter, the Court GRANTS Plaintiff's motion and ORDERS that the depositions of BBG personnel occur at its principal place of business in San Diego, California.

ORDERED and SIGNED this 21st day of January, 2004.

T. JOHN WARD
UNITED STATES DISTRICT JUDGE

