Appendix K

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT
04 MAR 9 PM 1:55
TX EASTERN-MARSHALL

MAR - 9 2004
DAVID J. MALAND, CLERK

1. This application is being made for the following Case #2-03CV-227. Style: BBG Communications, Inc. v. Network Communications International Corp., et al.
2. Applicant is representing the following party/ies: BBG Communications, Inc.; BBG Holdings, LTD; Rafael Galicot; Gregorio Galicot; Ricardo Singer
3. Applicant was admitted to practice in California (state) on November 1994 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. There are no pending grievances or criminal matters pending against the applicant.
7. Applicant has been admitted to practice in the following courts: All California state courts, U.S. District Court for Southern District of California, Central District of California, 9th Circuit, U.S. District Court for Central District of California, U.S. Court of Claims.
8. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
9. Applicant has included the requisite $25 fee (see Local Rule AT-1(d).
10. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Frank J. Johnson, Jr., do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this Court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

3/2/04
Date

Signature
Name (please print) Frank J. Johnson, Jr.
State Bar Number 174882
Firm Name: Sheppard, Mullin, Richter & Hampton LLP
Address: 12544 High Bluff Drive, Suite 300
San Diego, CA 92130-3051
Telephone #: (858) 720-8900
Fax #: (858) 509-3691

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on this ___ day of _____, 2004.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By_____
Deputy Clerk

o:/rules/Appendix K/Revised: 3/3/03