IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT
04 MAY -3 PM 1:43
TX EASTERN-MARSHALL
BY_____

| | | |
|---|---|---|
| BBG COMMUNICATIONS, INC. | § | |
| | § | |
| v. | § | |
| | § | |
| NETWORK COMMUNICATIONS | § | |
| INTERNATIONAL CORP., | § | |
| WILLIAM POPE; | § | |
| JAY WALTERS and | § | |
| JEFFERY WALTERS | § | |
| | § | |
| v. | § | Civil Case No. 2:03-CV-227 |
| | § | |
| RONALD PEREZ | § | |
| RICARDO SINGER | § | (JUDGE WARD) |
| GERGORIO L. GALICOT | § | |
| RAFAELGALICOT | § | |
| MICHAEL STOMPS | § | |
| AWI FONG | § | |
| a/k/a SURIYANTO SURIYANTO | § | |
| GORAN ALEXIEV | § | |
| MICHAEL ALEXIEV | § | |
| PATRICK MAUCHANT | § | |
| KEVIN WATT | § | |
| BBG HOLDINGS BERMUD d/b/a | § | |
| BBG COMMUNICATIONS | § | |
| (BERMUDA), LTD. | § | |

**NOTICE OF THIRD-PARTY DEFENDANT
MICHAEL STOMPS' DISCLOSURES**

Michael Stomps, the defendant in the above-entitled and numbered cause, states that he has this day disclosed to NCIC the information and documents pursuant to Paragraphs 1 and 3 of the Court's Amended Discovery Order.

Respectfully submitted,

*[signature]*

Eric M. Albritton
Attorney-in-Charge
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75601
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
eric@albrittonlawfirm.com


Scott E. Stevens
Texas State Bar No. 00792024
BUNT, WRIGHT & STEVENS, P.L.L.C.
Bank One Tower
211 E. Tyler Street, Suite 821
Longview, Texas 75601
Telephone: (903) 238-9700
Facsimile: (903) 238-9704
sstevens@bwslawfirm.com

ATTORNEYS FOR MICHAEL STOMPS

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via overnight federal express on this the 30th day of April, 2004, upon the following:

Mr. Jerald R. Harper
Jerald R. Harper, PC
504 Texas Street, Suite 405
P.O. Box 72
Shreveport, Louisiana 71161-0072

Eric M. Albritton