In the United States District Court
For the Eastern District of Texas
Marshall Division

| | | |
|---|---|---|
| BBG Communications, Inc. and<br>BBG Holdings Limited<br>v.<br><br>Network Communications<br>International Corp.; Blue Phones<br>Limited; William Pope; Jay<br>Walters; and Jeffery Walters<br><br>v.<br><br>Ronald Perez; Ricardo Singer;<br>Gregorio L. Galicot; Rafael<br>Galicot; Michael Stomps; Awi<br>Fang a/k/a Suriyanto Suriyanto;<br>Goran Alexiev; Michael Alexiev;<br>Patrick Mauchant; Keven Watt;<br>and BBG Holdings Bermuda<br>d/b/a BBG Communications<br>(Bermuda), Ltd. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 2:03-CV-227<br><br>(Hon. T. John Ward) |

**NETWORK COMMUNICATIONS INTERNATIONAL CORP., ET AL'S
MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Defendants and Third-Party Plaintiffs Network Communications International Corp., Blue Phones Limited, William Pope, Jay Walters and Jeffery Walters ("NCIC") respectfully request leave to file their Sur-Reply in Opposition to Third-Party Defendants' Motion to Dismiss for Lack of Personal Jurisdiction in excess of the page limits imposed by this Court's local rules. NCIC's sur-reply consists of 9 pages of briefing and 23 pages of attachments.

An order reflecting the relief requested is attached for the Court's convenience.

Respectfully submitted,

_/s/ Sharon O. Small_ by permission of Tom Henson

**Tom Henson–Attorney-in-Charge**
State Bar Card No. 09494000
**Sharon O. Small**
State Bar Card No. 24042773
**RAMEY & FLOCK, P.C.**
100 E. Ferguson, Ste. 500
Tyler, TX 75702
(903) 597-3301
Fax: (903) 597-2413

**Jerry Harper**
Louisiana Bar No. 6585
**JERALD R. HARPER, PLC**
504 Texas St., Ste. 405
Shreveport, LA 71101
(318) 221-1004
Fax: (318) 221-0008

ATTORNEYS FOR DEFENDANTS AND THIRD-PARTY PLAINTIFFS, NETWORK COMMUNICATIONS INTERNATIONAL CORP., BLUE PHONES LIMITED, WILLIAM POPE, JAY WALTERS, AND JEFFERY WALTERS

**Certificate of Conference**

NCIC's counsel has attempted to contact opposing counsel regarding this motion and did not receive a response.

_/s/ Sharon O. Small_
Sharon O. Small

2

## Certificate of Service

I certify that on the 21st day of June, 2004 a copy of this motion was served, via the indicated method, on the following:

Gregory P. Love           **(Via CM-RRR No. 7001 2510 0000 8733 4160)**
WELLBORN, HOUSTON, ADKISON, MANN,
  SADLER & HILL, L.L.P.
P.O. Box 1109
Henderson, TX 75653-1109

Tawnya R. Wojciechowski   **(Via CM-RRR No. 7001 2510 0000 8733 4153)**
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
650 Town Center Dr., 4th Floor
Costa Mesa, CA 92626-1925

Eric M. Albritton         **(Via CM-RRR No. 7001 2510 0000 8733 4146)**
ALBRITTON LAW FIRM
109 W. Tyler St.
Longview, TX 75601

Scott E. Stevens          **(Via CM-RRR No. 7001 2510 0000 8733 4139)**
BUNT, WRIGHT & STEVENS, PLLC
P.O. Box 3969
Longview, TX 75606-3969

_____
Sharon O. Small

# 168640.1