F I L E D

U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL   9 2004

DAVID MALAND, CLERK
By
Deputy _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHAL DIVISION

| | | |
|---|---|---|
| (1)   BBG COMMUNICATIONS, INC. | § | |
| (2)   BBG HOLDINGS LIMITED | § | |
| | § | Civil Case No. 2:03-CV-227 |
| VS. | § | (WARD) |
| | § | |
| (1)   NETWORK COMMUNICATIONS | § | |
| INTERNATIONAL CORP.; | § | |
| (2)   BLUE PHONE LIMITED; | § | |
| (3)   WILLIAM POPE; | § | |
| (4)   JAY WALTERS; and | § | |
| (5)   JEFFREY WALTERS | § | |
| | § | |

## DECLARATION OF GREGORIO GALICOT IN SUPPORT OF ATTORNEYS-EYES-ONLY DESIGNATIONS

I, Gregorio Galicot, declare:

1.      I am the President of BBG Communications, Inc. ("BBG"), the plaintiff in this action. I have personal knowledge of the facts stated herein and, if sworn as a witness, could and would testify competently thereto.

2.      I have been personally involved in part of the document production process in this litigation. Subsequent to the hearing on June 24, 2004, I spent many hours over two days personally reviewing the vast majority of the documents that have been designated by BBG as Attorneys-Eyes-Only ("AEO") in this action. One of the purposes of that review was to undesignate as many AEO documents as possible without allowing Network Communications International Corp. ("NCIC") to gain access to BBG's most sensitive and confidential

competitive information, especially in light of the known prior conduct of NCIC in wrongfully obtaining BBG's confidential information and affirmatively using it to compete with and damage BBG.

3.     One result of my most recent review of the AEO documents produced by BBG is that BBG is allowing many additional pages of documents to be undesignated as AEO, even though they meet the criteria for AEO documents set forth in the protective order. Thus, since June 3, 2004, BBG has undesignated all of the documents listed on the Log of Undesignated AEO Documents attached hereto as Exhibit A, which documents exceed 1000 pages. In addition, BBG has undesignated in excess of 225 pages, or portions of pages, as noted in bold on the Log of AEO Documents attached hereto as Exhibit B. For example, the document listed on page 60 of Exhibit B with Bates numbers 12237_1 through 12237_637 is being partially undesignated, such that only one page out of a total of 637 pages remains AEO. All of these undesignations are in addition to others made before June 3, 2004.

4.     The information that BBG is keeping designated as AEO is BBG's most sensitive and confidential information. There are specific uses to which NCIC could and, given its past conduct, would put this remaining AEO information if given the opportunity.

5.     The documents listed on the Log of AEO Documents, which is Exhibit B, all fall within the definition in the protective order for AEO documents, namely that they are either trade secrets, unpublished financial information, customer sales information, profit information or marketing data and strategies of BBG. Examples of the categories into which various AEO documents fall are discussed below. Selected examples are also discussed below after the general categories. However, even if a particular document is not discussed among the examples below, it still falls within the definition as being entitled to AEO protection.

6.      Many of the AEO documents are actual contracts with customers.  They need to retain AEO protection because they contain very sensitive and specific sales information about specific customers, including trade secrets.  Knowing the specific details of these specific contracts with customers would allow NCIC to unfairly compete and interfere with these contracts.  Customer contracts that need continued AEO protection (for all or part of the document as indicated on the Log of AEO Documents) include, but are not limited to, documents within the range of the following Bates numbers:

| | | |
|---|---|---|
| BBG 000568-000583 | BBG 10961-11342 | BBG 11895-11946 |
| BBG 002680-002692 | BBG 11354-11485 | BBG 12172-12182 |
| BBG 004145-004161 | BBG 11520-11631 | BBG 12240-12246 |
| BBG 06593-06595 | BBG 11634-11704 | BBG 12247-12286 |
| BBG 06659-06667 | BBG 11705-11714 | BBG 12302-12316 |
| BBG 10100-10111 | BBG 11715-11822 | BBG 12507-12557 |
| BBG 10507-10527 | BBG 11832-11839 | BBG 12580-12587 |
| BBG 10530-10627 | BBG 11854-11864 | |
| BBG 10643-10734 | BBG 11865-11879 | |

7.      Many of the AEO documents contain undisclosed and highly confidential marketing and business strategy information, including trade secrets.  This information needs to retain AEO protection as it would allow NCIC to compete unfairly with BBG if NCIC had access to it.  These types of documents that need continued AEO protection (for all or part of the document as indicated on the Log of AEO Documents) include, but are not limited to, documents within the range of the following Bates numbers:

| | | |
|---|---|---|
| BBG 000003-000007 | BBG 003645 | BBG 06642 |
| BBG 000028 | BBG 003646 | BBG 06671-06672 |
| BBG 000197 | BBG 003647 | BBG 06775-06782 |
| BBG 000201-000202 | BBG 003648-003649 | BBG 07434-07435 |
| BBG 000496 | BBG 003650-003651 | BBG 07549-07557 |
| BBG 002254-002256 | BBG 003652-003654 | BBG 07603-07610 |
| BBG 002261-002269 | BBG 003656 | BBG 10112-10126 |
| BBG 002319-002324 | BBG 003659-003660 | BBG 12016 |
| BBG 002327-002328 | BBG 003661 | BBG 12194 |
| BBG 002593-002596 | BBG 003662-003663 | BBG 12287-12301 |
| BBG 003632 | BBG 003664-003673 | BBG 12317-12337 |
| BBG 003633-003634 | BBG 003677-003680 | BBG 12348-12349 |
| BBG 003636-003638 | BBG 04782-04811 | BBG 12500-12501 |
| BBG 003639 | BBG 04818-04826 | BBG 12574-12578 |
| BBG 003640-003641 | BBG 04838-04843 | |
| BBG 003642-003644 | BBG 04854 | |

8.     Many of the AEO documents contain highly confidential and unpublished internal financial information of BBG.  These types of documents that need continued AEO protection (for all or part of the document as indicated on the Log of AEO Documents) include, but are not limited to, documents within the range of the following Bates numbers:

BBG 000182

BBG 000321

BBG 000414-000483

BBG 000596-000597

BBG 002261-002269

BBG 012588-012590

9.     Many of the AEO documents contain or are customer lists, or contain confidential information about specific customers, such as contact information, call volumes, confidential numbers related to processing calls, or information that would allow NCIC to determine the identity of or contacts for specific customers such as originating numbers of the call traffic. These types of documents that need continued AEO protection (for all or part of the document as indicated on the Log of AEO Documents) include, but are not limited to, documents within the range of the following Bates numbers:

| | | |
|---|---|---|
| BBG 000003-000007 | BBG 000523-000527 | BBG 004844 |
| BBG 000028 | BBG 000528 | BBG 004957-004963 |
| BBG 000236 | BBG 000538-000558 | BBG 005366-006121 |
| BBG 000238 | BBG 000599-000630 | BBG 006123-006165 |
| BBG 000244-000250 | BBG 000746-000747 | BBG 07309.001-007309.899 |
| BBG 000323-000324 | BBG 002261-002269 | BBG 007309.900-007309.904 |
| BBG 000360-000364 | BBG 002271-002313 | BBG 007309.916-007309.925 |
| BBG 000367-000370 | BBG 002665-002672 | BBG 10097 |
| BBG 000371 | BBG 002676-002678 | BBG 12030 |
| BBG 000374-000377 | BBG 002819-002820 | BBG 12089-12090 |
| BBG 000378 | BBG 002840-002872 | BBG 12574-12578 |
| BBG 000394 | BBG 002874-002883 | BBG 12588-12590 |
| BBG 000487-000488 | BBG 002917-002921 | BBG 12591-13016 |
| BBG 000490 | BBG 003657-003658 | |
| BBG 000496 | BBG 003891-003892 | |
| BBG 000512-000514 | BBG 003893 | |
| BBG 000519-000521 | BBG 003897-003898 | |

10.    In addition to falling within one or more of the general descriptions above, some AEO documents require particular discussion as follows:

10.1    The document with Bates numbers BBG 000003-000007 contains highly confidential customer sales information, including but not limited to names of hotels, locations, numbers of rooms, and contract status.

10.2    The documents with Bates numbers BBG 000028, 000236, and 000238 include a list of hotels and specific hotel properties indicating which agents manage which hotel properties and regions.

10.3    The document with Bates number BBG 000197 shows specific commission rates.

10.4    The document with Bates numbers BBG 000201-000202 contains marketing data and strategies including specific contact names.

10.5    The document with Bates numbers BBG 000244-000250 contains specific customer sales information including a list of hotels and other customers with volume of calls from specific customers to show which properties are most profitable.

10.6    The documents with Bates numbers BBG 000323-000324 contain specific information about a particular deal with a third party on managing hotel properties with all of the financial and property information included.

10.7    The document with Bates numbers BBG 000360-000378 include total calls per hotel, the amount of money paid, and the current evaluation of each property listed.

10.8    The document with Bates number BBG 000394 includes call volumes and other customer information for a specific property.

10.9    The document with Bates numbers BBG 000414-000483 is a billing and collection agreement with a third party which contains unpublished financial information, specific negotiated terms, and the costs charged by the third party.

10.10   The document with Bates numbers BBG 000487-000488 has specific contacts at specific hotels listed.

10.11   The document with Bates number BBG 000490 is a list of customers with their specific toll free numbers.

10.12   The documents with Bates numbers BBG 000496 and 000528 include total numbers of one particular country, including the amount of money paid and the amount of call traffic with this phone company.  It also includes the costs per call.

10.13   The documents with Bates numbers BBG 000512-000514 and BBG 000523-000527 show client names, addresses, how BBG is installed with that particular client, and the current contractual status.

10.14   The document with Bates numbers BBG 000519-000521 shows specific call details, including the total amount of calls for a specific property for certain months.

10.15   The documents with Bates numbers BBG 000538-000558 and BBG 002271-002313 are confidential to both BBG and the hotel chain listed.  They include specific email contacts with this specific customer chain, and which agents handle which regions and their hotel contacts and contact information.  It is highly sensitive customer contact data and marketing strategy data.

10.16   The document with Bates numbers BBG 000588-000591 gives details of negotiations over contract terms with a customer.

10.17   The document with Bates numbers BBG 000596 and 000597 contains unpublished financial information of BBG.

10.18   The document with Bates numbers BBG 000590-000630 is extremely sensitive customer information with specific profit information and marketing data.  It indicates

how many calls are made for the particular property and other profit information. Although the document does not indicate the particular property, surrounding documents produced by BBG may allow that determination.

10.19   The documents with Bates numbers BBG 000655-000656 involve customer sales information in that they involve specific negotiations with a specific customer.

10.20   The document with Bates numbers BBG 000853-001261 is unpublished financial information of BBG. The pages with Bates numbers BBG 001258-001261 show BBG's business practices and strategies. The undisclosed summary financial information on pages BBG 000853-000859 is particularly sensitive.

10.21   The document with Bates number BBG 002231 has confidential customer sales and profit information.

10.22   The document with Bates numbers BBG 002239-002251 is a contract with a phone company that includes customer sales and marketing data, unpublished financial information and trade secrets.

10.23   The document with Bates numbers BBG 002254-002256 contains marketing data and strategies.

10.24   The document with Bates numbers BBG 002261-002269 contains unpublished financial information, profit information and marketing data.

10.25   The document with Bates numbers BBG 002317-002318 contains unpublished financial information.

10.26   The document with Bates numbers BBG 002319-002324 contains toll free numbers and ANI numbers which would allow NCIC to determine BBG's marketing strategies.

These are not public toll free numbers. The number of calls per country would show how active BBG is in a particular country so as to determine how profitable various markets are.

10.27   The document with Bates numbers BBG 002327-002328 contains marketing materials and was part of a private customer presentation.

10.28   BBG has undesignated many documents that are contracts with its agents. However, BBG has kept as AEO the information related to commissions paid to agents as this constitutes trade secret information and reveals marketing data and strategies. In addition, NCIC has in the past approached BBG's agents with specific monetary proposals to work as NCIC agents. Pages that have been kept AEO based on this reason include but are not necessarily limited to BBG 000197, BBG 004097, BBG 004113, BBG 004128, BBG 004136, BBG 004175, BBG 004190, BBG 004202, BBG 004221, BBG 004236, BBG 004339, BBG 004356, BBG 004372, BBG 004373, BBG 004387, BBG 004403, BBG 004417, BBG 004444, and BBG 006669.

10.29   The document with Bates numbers BBG 004419-004431 is completely unrelated to the case and also contains customer and sales information.

10.30   The document pages with Bates numbers BBG 07309.900-07309.904 contain customer sales and profit information such as call volumes and rates. The same is true for the document pages with Bates numbers BBG 07309.916-07309.925.

10.31   The document with Bates numbers BBG 10100-10111 is a customer contract with sales information rates included.

10.32   The document with Bates numbers BBG 10112-10126 contains business and marketing strategy information.

10.33   The page of a partially undesignated document with Bates number BBG 12030 is a customer list.  The same is true for the document with Bates numbers BBG 12089-12090.

10.34   The document with Bates numbers BBG 12172-12182 is a customer contract with specific sales information.

10.35   The documents with Bates numbers BBG 12500 and BBG 12501 contain business strategy information.

11.    The property contracts, many of which are listed in paragraph 7, have extremely sensitive sales information about specific customers, including trade secrets.  This information would allow NCIC to unfairly compete and interfere with these contracts.  However, BBG is aware that it will need to undesignate certain contracts or portions of contracts for which it is seeking specific interference damages.  As a result, BBG has undesignated certain property contracts or portions of contracts but the remainder must have AEO protection.  Examples of property and/or carrier contracts or portions of contracts that have been undesignated include those with Bates numbers BBG 10251-10261, BBG 10628-10642, BBG 11632-11633 and BBG 11823-11831.  For some documents, certain specific portions will need to remain AEO, which will be noted on the documents themselves as they will be produced to the court for its *in camera* review.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this _____7<sup>n</sup>_____ day of _____July_____ at San Diego, California.

_____
GREGORIO GALICOT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all parties, via first class U.S. mail, on this _____9^(th)_____ day of July, 2004, as follows:

Jerald R. Harper, Esq.
Jerald R. Harper, PLC
504 Texas Street, Suite 405
Shreveport, LA  71101
Facsimile:  318/221-0008

Tom Henson, Esq.
Ramey & Flock, P.C.
100 East Ferguson, Suite 500
Tyler, TX  75702
Telephone:  903/597-3301
Facsimile:  903/597-2413

Eric M. Albritton, Esq.
Albritton Law Firm
109 West Tyler Street
Longview, TX  75601
Telephone:  903/757-8449
Facsimile:   903/758-7397

Gregory P. Love

# EXHIBIT A

**BBG COMMUNICATIONS V. NCIC, ET AL.**

**LOG OF UNDESIGNATED AEO DOCUMENTS**

| Date | No. of Pages | Author(s) | Recipient(s) | Description | AEO - Confidential | Bates No. |
|------|------|------|------|------|------|------|
| undated | 13 | Andrew Bridel | Joe DeClara | IHG Agreement Draft - Operator Services Agreement - Canopco Incorporated, BBG Communications, Inc. and Intercontinental Hotels Group | Highly Confidential and/or Trade Secret Competitive Information | BBG-000014-000026 |
| undated | 17 | Penny Lee | Rebeca@bbgcom.com, Customer Service (cc) | Spreadsheet with new UK ANI's reflecting BBG internal business information | Highly Confidential and/or Trade Secret Competitive Information | BBG-000030-000046 |
| undated | 17 | Penny Lee | Rebeca@bbgcom.com, Customer Service (cc) | Spreadsheet with new UK ANI's reflecting BBG internal business information | Highly Confidential and/or Trade Secret Competitive Information | BBG-000068-000084 |
| undated | 16 | Penny Lee | Rebeca@bbgcom.com, Customer Service (cc) | Spreadsheet with new UK ANI's reflecting BBG internal business information | Highly Confidential and/or Trade Secret Competitive Information | BBG-000104-000119 |

| | | | | | | |
|---|---|---|---|---|---|---|
| undated | 8 | Rafael Galicot | Tawnya, Orly Galicot | spreadsheet re BBG-Completed Collect Calls 20010720 reflecting BBG internal business information | Highly Confidential and/or Trade Secret Competitive Information | BBG-000157-000164 |
| undated | 7 | Orly | rafael@bbgcomm.com | spreadsheet re BBG-Completed Collect Calls 20010730 reflecting BBG internal business information | Highly Confidential and/or Trade Secret Competitive Information | BBG-000166-000172 |
| 11/02/01 | 2 | Gaston Luken Garza | Sr. Francisco Gutierrez | letter re Apreciable Francisco | Highly Confidential and/or Trade Secret Competitive Information | BBG-000193-000194 |
| undated | 13 | Andrew Bridel | Gregorio, rafael@bbgcom.com (cc) | Operator Services Agreement - Canopco Incorporated, BBG Communications, Inc. and Intercontinental Hotel Group | Highly Confidential and/or Trade Secret Competitive Information | BBG-000207-000219 |
| undated | 13 | Andrew Bridel | Joe DeClara | Operator Services Agreement - Canopco Incorporated, BBG Communications, Inc. and Intercontinental Hotel Group | Highly Confidential and/or Trade Secret Competitive Information | BBG-000222-000234 |

| undated | 36 | Ruben BBG | bcc@bbgcomm.com | spreadsheet monterey.xls reflecting BBG internal business information | Highly Confidential and/or Trade Secret Competitive Information | BBG-000259-000294 |
|---|---|---|---|---|---|---|
| 07/01/02 | 1 | Sylvia Pena | Jeff | copy of billing for Intl Satellite Comm reflecting BBG internal business information | Highly Confidential and/or Trade Secret Competitive Information | BBG-000302 |
| undated | 13 | Ruben BBG | bcc@bbgcomm.com | MTY sin Comunicacion.xls spreadsheet in Spanish reflecting BBG internal business information | Highly Confidential and/or Trade Secret Competitive Information | BBG-000306-000318 |
| 05/08/03 | 1 | Ricardo Macari | Lieda. Julieta Bejarano Hernandez | Letter in spanish reflecting BBG internal business information | Highly Confidential and/or Trade Secret Competitive Information | BBG-000494 |
| undated | 3 | Jaye | tanimara@prodigy.net.ms | Spreadsheet entitled Hoteles Occidental en Francia (Hotels in Western France) shows hotel name, number of rooms, address, telephone number and fax reflecting BBG/customer internal | Highly Confidential and/or Trade Secret Competitive Information | BBG-000501-000503 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | business information | | |
| 05/08/03 | 1 | Ricardo Macari | Lieda. Julieta Bejarano Hernandez | Letter in Spanish reflecting BBG internal business information | Highly Confidential and/or Trade Secret Competitive Information | BBG-000505 |
| undated | 4 | | | spreadsheet with Location ANI column, address, city, province, and Implementation Type reflecting BBG internal business information | Highly Confidential and/or Trade Secret Competitive Information | BBG-000508-000511 |
| undated | 3 | | | Spreadsheet entitled Hoteles Occidental en Francia (Hotels in Western France) shows hotel name, number of rooms, address, telephone number and fax reflecting BBG customer internal business information | Highly Confidential and/or Trade Secret Competitive Information | BBG-000529-000531 |
| undated | 2 | Ruben BBG | bcc@bbgcomm.com | spreadsheet in spanish (BDAMPERS.xls) reflecting BBG internal business information | Highly Confidential and/or Trade Secret Competitive Information | BBG-000593-000594 |
| 05/05/03 | 1 | Licda. Julieta Bejarano Hernandez | Rafael Galicot Levine | letter in Spanish reflecting BBG internal business information | Highly Confidential and/or Trade Secret | BBG-000658 |

| | | | | | Competitive Information | |
|---|---|---|---|---|---|---|
| 05/05/03 | 1 | Licda. Julieta Bejarano Hernandez | Rafael Galicot Levine | letter in spanish reflecting BBG internal business information | Highly Confidential and/or Trade Secret Competitive Information | BBG-000660 |
| undated | 10 | Rafael Galicot | Tawnya | Contract sent by BBG Mexican Counsel for Grupo Allegro/Occidental - contract in spanish | Highly Confidential and/or Trade Secret Competitive Information | BBG-000689-000698 |
| undated | 3 | | | Spreadsheet entitled Hoteles Occidental en Francia (Hotels in Western France) shows hotel name, number of rooms, address, telephone number and fax reflecting BBG customer business information | Highly Confidential and/or Trade Secret Competitive Information | BBG-000712-000714 |
| | | Ricardo (NO WAIVER OF ATTORNEY CLIENT PRIVILEGE) | Tawnya | bill for Monthly charges and hotel charges for calls | Highly Confidential and/or Trade Secret Competitive Information | BBG-001366-001367 |
| | | Jerry Gumpel (NO WAIVER OF ATTORNEY | Tawnya Wojciechowski | BBG Contract for Brazil with the Sheraton - BBG Holdings Limited and Cia | Highly Confidential and/or Trade | BBG-001410- |

| | | CLIENT/WORK PRODUCT PRIVILEGE) | | Palmares Hoteis E Turismo-Contrato | Secret Competitive Information | 001425 |
|---|---|---|---|---|---|---|
| 01/24/03 | 1 | Gregorio Galicot (NO WAIVER OF ATTORNEY CLIENT/WORK PRODUCT PRIVILEGE) | Tawnya Wojciechowski | detail of bill for International Satellite - document entitled E-Bill through Quest Services | Highly Confidential and/or Trade Secret Competitive Information | BBG-001538-001540 |
| 04/12/02 | 16 | Rafael Galicot | Tawnya | Contract (from Brazil with the Sheraton) | Highly Confidential and/or Trade Secret Competitive Information | BBG-002128-002143 |
| | 1 | Franco, Miriam - Teleglobe | Gonzales, Gigi | ITFS Order Form – Carrier Market reflecting BBG internal business information | Highly Confidential and/or Trade Secret Competitive Information | BBG-002326 |
| | 4 | Lawrence Parker- USACELL Corp. | Elizabeth@BBGcom.com | Spreadsheet with columns detailing new Battery info | UN-DESIGNATED | BBG-002394-002397 |
| | 1 | | | Sandals copy of calling card | Internal Information concerning customer hotel cards - undesignated | BBG-002484 |

| | 9 | Andrew Bridel | Joe Declara | IHG Agreement – Draft Canopco Inc., BBG Communications, and Intercontinental Hotels Groups - Operator Services Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-002826-002838 |
|---|---|---|---|---|---|---|
| 12/31/03 | 2 | Gregorio Galicot | Delma Andrade | e-mail re Schiphol Tender – request for financial information or annual report reflecting BBG internal and customer business information | Highly Confidential and/or Trade Secret Competitive Information | BBG-002956, 002957 |
| 12/31/03 | 1 | Gregorio Galicot | Delma Andrade | e-mail re Schiphol tender – attaches an e-mail version of the tender with paper to follow reflecting BBG internal and customer business information | Highly Confidential and/or Trade Secret Competitive Information | BBG-002958 |
| 03/21/03 | 12 | Gregorio Galicot | Delma Andrade | Request For Proposal reflecting BBG internal and customer business information | Highly Confidential and/or Trade Secret Competitive Information | BBG-002959-002970 |
| undated | 25 | W02-SD:8JE1\51300667.2 | | BBG Employee Handbook | Highly Confidential and/or Trade Secret Competitive Information | BBG-002999-003023 |

| 09/21/03 | 1 | Ronald Perez | Gregorio Galicot | e-mail re Minuta Reunio Cancun Sep 18 2003 relating to BBG internal information | Highly Confidential and/or Trade Secret Competitive Information | BBG-003635 |
|---|---|---|---|---|---|---|
| 08/21/03 | 3 | Gregorio Galicot | Ronald Perez | e-mail re BBG 214 License relating to BBG internal information | Highly Confidential and/or Trade Secret Competitive Information | BBG-003674-003676 |
| 07/24/03 | 3 | Ronald Perez | Gregorio Galicot, Jorge Macari Lopez (cc), bbgxico@aol.com (cc) | e-mail re NCIC St Lucia New Name and Ronald Perez's apparent termination of employment with NCIC | Highly Confidential and/or Trade Secret Competitive Information | BBG-003681-003683 |
| 07/23/03 | 2 | Ronald Perez | Gregorio Galicot | e-mail re Proyecto St. Kitts/Nevis relating to BBG internal information | Highly Confidential and/or Trade Secret Competitive Information | BBG-003684-003685 |
| Undated | 2 | | | Contact list for hotel St. Kitts and Nevis relating to BBG internal information | Highly Confidential and/or Trade Secret Competitive Information | BBG-003686-003687 |

| 07/22/03 | 2 | Gregorio Galicot | Ronald Perez | Contrato Chunghwa | Highly Confidential and/or Trade Secret Competitive Information | BBG-003688-003689 |
|----------|---|------------------|--------------|-------------------|--------------------------------------------------------------|-------------------|
| 07/15/03 | 3 | Ronald Perez | Gregorio Galicot | e-mail re CDR Purchase Proposal – re clarification on advertising and recommendation to advertise in Hotel rooms instead of on payphones relating to BBG internal information | Highly Confidential and/or Trade Secret Competitive Information | BBG-003690-003692 |
| 07/11/03 | 3 | Jorge Macari Lopez | Ronald Perez, Gregorio Galicot, Rafael Galicot (cc), cynthiao@bbgcomm.com (cc), bbgxico@aol.com (cc) | e-mail re Saludos & Estatus de Proyectos relating to BBG internal information | Highly Confidential and/or Trade Secret Competitive Information | BBG-003693-003695 |
| 07/11/03 | 2 | Ronald Perez | Gregorio Galicot, Rafael Galicot (cc), cynthiao@bbgcomm.com (cc), bbgxico@aol.com (cc), Jorge Macari Lopez (cc) | e-mail re Saludos & Estatus de Proyectos relating to BBG internal information | Highly Confidential and/or Trade Secret Competitive Information | BBG-003696-003697 |
| 07/01/03 | 1 | Gregorio Galicot | Ronald Perez | e-mail re 0630 Chunghwa – ejemplo | Highly Confidential and/or Trade Secret Competitive | BBG-003698 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| Undated | 1 | | | Instruction for Use | Highly Confidential and/or Trade Secret Competitive Information | BBG-003699 |
| 06/30/03 | 1 | Gregorio Galicot | Ronald Perez, bbgxico@aol.com, Silvita Zarate (cc) | e-mail re Contrato Aeropuerto Chile along with attachment | Highly Confidential and/or Trade Secret Competitive Information | BBG-003700 |
| Undated | 3 | Gregorio Galicot | Ronald Perez, bbgxico@aol.com, Silvita Zarate (cc) | Contrato de Arriendo | Highly Confidential and/or Trade Secret Competitive Information | BBG-003701-003703 |
| 06/27/03 | 2 | Cynthia Osuna | Gregorio Galicot | e-mail re El Salvador Airport | Highly Confidential and/or Trade Secret Competitive Information | BBG-003704-003705 |
| 10/31/02 | 1 | | | Declaracion | Highly Confidential and/or Trade Secret Competitive | BBG-003706 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Information | |
| 06/27/03 | 1 | Ronald Perez | Cynthia Osuna, Gabriela.villegas@bbgcomm.com (cc), Gregorio Galicot (cc) | e-mail re El Salvador Airport | Highly Confidential and/or Trade Secret Competitive Information | BBG-003707 |
| Undated | 1 | | | Picture of phone ("Cambiar") | Highly Confidential and/or Trade Secret Competitive Information | BBG-003708 |
| Undated | 4 | | | Advertisment in Spanish | Highly Confidential and/or Trade Secret Competitive Information | BBG-003709-003712 |
| 06/27/03 | 1 | Ronald Perez (agent) | | Work Order/Orden de Trabajo | Highly Confidential and/or Trade Secret Competitive Information | BBG-003713 |
| 06/27/03 | 1 | Ronald Perez | bbgxico@aol.com, Gregorio Galicot (cc), tanimara@prodigy.net.mx (cc) | e-mail re Diseno Calca | Highly Confidential and/or Trade Secret Competitive | BBG-003714 |

| | | | | Information | |
|---|---|---|---|---|---|
| Undated | 2 | | | Advertisment in Spanish | Highly Confidential and/or Trade Secret Competitive Information | BBG-003715-003716 |
| 06/26/03 | 1 | Ronald Perez | Gregorio Galicot | e-mail re Opom | Highly Confidential and/or Trade Secret Competitive Information | BBG-003717 |
| 06/26/03 | 1 | Ronald Perez | Gregorio Galicot | e-mail re Telemovil El Salvador | Highly Confidential and/or Trade Secret Competitive Information | BBG-003718 |
| 06/26/03 | 1 | Cynthia Osuna | Gregorio Galicot | e-mail re Telefonos en Dominicana | Highly Confidential and/or Trade Secret Competitive Information | BBG-003719 |
| 06/25/03 | 1 | | | Commercial Invoice | Highly Confidential and/or Trade Secret Competitive | BBG-003720 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| 06/19/03 | 6 | gregorio@bbgcomm.com | rperez@telconetcorp.com | e-mail re Draft NCIC Agreement Telephones for DFPS along with draft | Highly Confidential and/or Trade Secret Competitive Information | BBG-003721-003726 |
| 06/15/03 | 1 | Ronald Perez | Gregorio Galicot | e-mail re Replica Dominicana | Highly Confidential and/or Trade Secret Competitive Information | BBG-003727 |
| 06/14/03 | 2 | Ronald Perez | Gregorio Galicot, cynthiao@bbgcomm.com (cc) | e-mail re El Salvador – Chile | Highly Confidential and/or Trade Secret Competitive Information | BBG-003728-003729 |
| J6/14/03 | 1 | Ronald Perez | Gregorio Galicot | e-mail re BBG – St. Lucia side Letter – internal information to BBG | Highly Confidential and/or Trade Secret Competitive Information | BBG-003730 |
| 06/13/03 | 5 | Gregorio Galicot | Ronald Perez | Letter re Primary Sales Agent Agreement/NCIC (St. Lucia) Inc. | Highly Confidential and/or Trade Secret Competitive | BBG-003731-003735 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| 06/13/03 | 1 | Gregorio Galicot | Jorge Macari, Ronald Perez (cc) | e-mail re BBG- St. Lucia side letter | Highly Confidential and/or Trade Secret Competitive Information | BBG-003736 |
| 06/13/03 | 5 | Gregorio Galicot | Ronald Perez | Letter re Primary Sales Agent Agreement/NCIC (St. Lucia) Inc | Highly Confidential and/or Trade Secret Competitive Information | BBG-003737-003741 |
| 06/13/03 | 1 | Gregorio Galicot | Ronald Perez | e-mail re Contratos | Highly Confidential and/or Trade Secret Competitive Information | BBG-003742 |
| 06/12/03 | 7 | Telcell N.V. and NCIC St. Lucia Inc. | | Operator Service Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-003743-003749 |
| 06/13/03 | 1 | Gregorio Galicot | Ronald Perez | e-mail re BBG – St. Lucia side letter | Highly Confidential and/or Trade Secret Competitive | BBG-003750 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Information | |
| 06/13/03 | 5 | Gregorio Galicot | Ronald Perez | Letter re Primary Sales Agent Agreement/NCIC (St. Lucia) Inc | Highly Confidential and/or Trade Secret Competitive Information | BBG-003751-003755 |
| 06/12/03 | 1 | Ronald Perez | Gregorio Galicot | e-mail re Side letter St. Lucia | Highly Confidential and/or Trade Secret Competitive Information | BBG-003756 |
| 06/12/03 | 1 | Gregorio Galicot | Ronald Perez, cynthiao@bbgcomm.com (cc) | e-mail re El Salvador Airport | Highly Confidential and/or Trade Secret Competitive Information | BBG-003757 |
| 06/12/03 | 1 | Ronald Perez | Francisco Lopez Stiles | Proposal Letter | Highly Confidential and/or Trade Secret Competitive Information | BBG-003758 |
| 06/09/03 | 1 | Gregorio Galicot | Ronald Perez | e-mail re Sales Agreement internal information to BBG | Highly Confidential and/or Trade Secret Competitive | BBG-003759 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Information | |
| Undated | 7 | | | Sales Agent Agreement unsigned | Highly Confidential and/or Trade Secret Competitive Information | BBG-003760-003766 |
| 06/09/03 | 1 | Ronald Perez | Gregorio Galicot, cynthiao@bbgcomm.com (cc) | e-mail re Attachement que se "boto" – contrato internal information to BBG | Highly Confidential and/or Trade Secret Competitive Information | BBG-003767 |
| 06/08/03 | 1 | gregorio@bbgcomm.com | rperez@telconetcorp.com, cynthiao@bbgcomm.com, gregorio@bbgcomm.com (cc) | e-mail re Attachment que se "boto" – contrato – internal information to BBG | Highly Confidential and/or Trade Secret Competitive Information | BBG-003768 |
| Undated | 4 | | | Sales Location Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-003769-003772 |
| 06/12/03 | 3 | Gregorio Galicot | Ronald Perez | e-mail re NCIC Operator Service Proposal | Highly Confidential and/or Trade Secret Competitive | BBG-003773-003775 |

| | | | | Information | |
|---|---|---|---|---|---|
| 02/13/02 | 2 | Jack Maizel, Investor Relations | | BBG Communications, Inc. Press Release - Draft | Highly Confidential and/or Trade Secret Competitive Information | BBG-003776-003777 |
| 06/27/03 | 1 | Ronald Perez | tanimara@prodigy.net.mx, Gregorio Galicot (cc), bbgxico@aol.com (cc) | e-mail re Cabinas Proyecto Puerto de Cruceros St. Lucia | Highly Confidential and/or Trade Secret Competitive Information | BBG-003778 |
| Undated | 2 | | | Photos of phone with Dimensiones | Highly Confidential and/or Trade Secret Competitive Information | BBG-003779-003780 |
| 06/17/03 | 5 | Rperez | gregorio@bbgcomm.com | e-mail re Telcell St. Marteen | Highly Confidential and/or Trade Secret Competitive Information | BBG-003781-003785 |
| 06/15/03 | 1 | gregorio@bbgcomm.com | rperez@telconetcorp.com, gregorio@bbgcomm.com (cc) | e-mail re To Do!! | Highly Confidential and/or Trade Secret Competitive | BBG-003786 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| 06/15/03 | 2 | Ronald Perez | Gregorio Galicot, cynthiao@bbgcomm.com (cc) | e-mail re Inventario de Cuentas | Highly Confidential and/or Trade Secret Competitive Information | BBG-003787-003788 |
| Undated | 1 | | | Indoor Enclosures (MC-101) describes dimensions of new unit | Highly Confidential and/or Trade Secret Competitive Information | BBG-003789 |
| 06/09/03 | 1 | Ronald Perez | Gregorio Galicot, cynthiao@bbgcomm.com (cc) | e-mail re Projectos | Highly Confidential and/or Trade Secret Competitive Information | BBG-003790 |
| Undated | 1 | | | Picture of phone with Call Home sign above | Highly Confidential and/or Trade Secret Competitive Information | BBG-003791 |
| Undated | 1 | | | Advertisement "collect calls" "871" | Highly Confidential and/or Trade Secret Competitive | BBG-003792 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| Undated | | | | Plan de Accion Junio/Tiempos/Responsables | Highly Confidential and/or Trade Secret Competitive Information | BBG-003793-003795 |
| 12/22/03 | 1 | Julie Dunne | Tawnya Wojciechowski, Jerry Gumpel (cc) | e-mail re 51300667_2.doc – Employee handbook | Highly Confidential and/or Trade Secret Competitive Information | BBG-003796 |
| Undated | 25 | | | BBG Communications – Employee Handbook SD:8JE1\51300667.2 | Highly Confidential and/or Trade Secret Competitive Information | BBG-003797-003821 |
| 12/31/03 | 1 | Gregorio Galicot | Delma Andrade | e-mail re Servicios NCIC regarding internal BBG information | Highly Confidential and/or Trade Secret Competitive Information | BBG-003822 |
| 08/06/03 | 1 | rperez@telconetcorp.com | gregorio@bbgcomm.com, tanimara@prodigy.net.mx | e-mail re representing yourself as NCIC- stop stating that you are NCIC | Highly Confidential and/or Trade Secret Competitive | BBG-003823 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| 07/04/03 | 1 | Ronald Perez | Gregorio Galicot | e-mail re Why you want to talk to me -- re Jeffrey Walters requesting information back from Ronald such as contracts, equipment, stickers | Highly Confidential and/or Trade Secret Competitive Information | BBG-003824 |
| 06/30/03 | 1 | Ronald Perez | Gregorio Galicot | e-mail re Services -- from Jeffrey Walters to Ronald asking for contracts Ronald signed in the name of NCIC | Highly Confidential and/or Trade Secret Competitive Information | BBG-003825 |
| 10/08/03 | 3 | Ronald Perez | tanimara@prodigy.net.mx, Gregorio Galicot (cc) | e-mail re St Lucia Status | Highly Confidential and/or Trade Secret Competitive Information | BBG-003826-003828 |
| 09/17/03 | 1 | | Kirk Skeete, Gregorio Galicot (cc) | e-mail re Revised Proposal for St Lucia | Highly Confidential and/or Trade Secret Competitive Information | BBG-003829 |
| 12/31/03 | 7 | Mallik Penamatsa | Kirk Skeete, Gregorio Galicot (cc) | Telconet St. Lucia "Incremental Revenues at Zero Cost" Proposal to C&W, St. Lucia | Highly Confidential and/or Trade Secret Competitive | BBG-003830-003836 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| 09/17/03 | 4 | Ronald Perez | | Gregorio Galicot, Jorge Macari, bbgxico@aol.com | e-mail re Revised Proposal for St. Lucia | Highly Confidential and/or Trade Secret Competitive Information | BBG-003837-003840 |
| 12/31/03 | 7 | Telconet St. Lucia | | | "Incremental Revenues at Zero Cost" Proposal to C&W, St. Lucia | Highly Confidential and/or Trade Secret Competitive Information | BBG-003841-003847 |
| 09/17/03 | 7 | Telconet St. Lucia | | | "Incremental Revenues at Zero Cost" Proposal to C&W, St. Lucia | Highly Confidential and/or Trade Secret Competitive Information | BBG-003848-003854 |
| 09/17/03 | 4 | Gregorio Galicot | | Ronald Perez, Jorge Macari, bbgxico@aol.com | e-mail re Revised Proposal for St Lucia | Highly Confidential and/or Trade Secret Competitive Information | BBG-003855-003858 |
| 09/16/03 | 3 | Gregorio Galicot | | Ronald Perez, Jorge Macari, Xico Rivera | e-mail re Hotel Project and discusses Hospitality Operator Services PBX programming request | Highly Confidential and/or Trade Secret Competitive | BBG-003859-003861 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| 09/16/03 | 3 | Mallik Penamatsa | Skeet, Kirk, Gregorio Galicot (cc)` | e-mail re Hotel Project and discusses Hospitality Operator Services PBX programming request | Highly Confidential and/or Trade Secret Competitive Information | BBG-003862-003864 |
| 09/16/03 | 3 | Ronald Perez | Gregorio Galicot, Jorge Macari Lopez (cc), BBGXICO@aol.com (cc) | e-mail re Hotel Project and discusses Hospitality Operator Services PBX programming request | Highly Confidential and/or Trade Secret Competitive Information | BBG-003865-003867 |
| 08/27/03 | 3 | Gregorio Galicot | rperez, bbgxico@aol.com (cc), tanimara@prodigy.net.mx (cc) | e-mail re 0826 C&W Conference | Highly Confidential and/or Trade Secret Competitive Information | BBG-003868-003870 |
| Undated | 5 | | | Proposal of Operator Service to the Hotel Industry of St. Lucia W.I By Telconet St. Lucia/BBG Communications | Highly Confidential and/or Trade Secret Competitive Information | BBG-003871-003875 |
| 07/07/03 | 1 | Jorge Macari Lopez | Gregorio Galicot, Ronald Perez (cc) | e-mail re NCIC St Lucia Ronald Perez requesting change in name from NCIC St. Lucia to a new name | Highly Confidential and/or Trade Secret Competitive | BBG-003876 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| 07/04/03 | 1 | Ronald Perez | fosterpi@candw.lc, Jorge Macari Lopez (cc), Gregorio Galicot (cc) | e-mail re NCIC St Lucia Ronald Perez requesting change in name from NCIC St. Lucia to a new name | Highly Confidential and/or Trade Secret Competitive Information | BBG-003877 |
| 06/15/03 | 1 | Ronald Perez | cynthiao@bbgcomm.com, Gregorio Galicot | e-mail re Hotel en St Lucia | Highly Confidential and/or Trade Secret Competitive Information | BBG-003878 |
| 05/28/03 | 1 | pmauchant@pacific.net.sg | gregorio@bbgcomm.com, stomps@candw.ky | e-mail re contract – attaches signed parts of the contracts | Highly Confidential and/or Trade Secret Competitive Information | BBG-003879 |
| 05/28/03 | 3 (page 1, 10, 12) | BBG Holdings Limited and Patrick Mauchant | | Sales Representative Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-003880-003882 |
| undated | 1 | | | Certificate of Foreign Status | Highly Confidential and/or Trade Secret Competitive | BBG-003883 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| 08/18/03 | 1 | Gregorio Galicot | patrick | e-mail re NCIC agent change | Highly Confidential and/or Trade Secret Competitive Information | BBG-003884 |
| 08/18/03 | 1 | Gregorio Galicot | pmauchant@pacific.net.sg, michael.stomps@bbcomm.com, Michael Stomps, (cc) cynthiao@bbgcomm.com (cc) | e-mail re NCIC agent change | Highly Confidential and/or Trade Secret Competitive Information | BBG-003885 |
| 08/03/03 | 1 | gregorio@bbgcomm.com | jgumpel@smrh.com, tawnya@sheppardmullin.com, rafael@bbgcomm.com (cc), gregorio@bbgcomm.com (cc) | redacted e-mail re swissotel saga update- NCIC not having a license to work or service hotels in Singapore | Highly Confidential and/or Trade Secret Competitive Information | BBG-003886 |
| 08/18/03 | 2 | pmauchant@pacific.net.sg | gregorio galicot, michael stomps@bbgcomm.com, damonr@vozbgg.com | e-mail re NCIC agent change | Highly Confidential and/or Trade Secret Competitive Information | BBG-003887-003888 |
| 08/18/03 | 2 | Gregorio Galicot | patrick | e-mail re agent change | Highly Confidential and/or Trade Secret Competitive | BBG-003889-003890 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| 06/19/03 | 1 | Steven Levine | Gregorio Galicot | e-mail re agreement – attaches Traffic Agreement and Sales Rep Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-003911 |
| 06/18/03 | 1 | Gregorio Galicot | Steve Levine | e-mail re agreement – attaches Traffic Agreement and Sales Rep Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-003912 |
| undated, 2003 | 16 | BBG Holdings Limited and Mission Communications | | Primary Sales Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-003913-003928 |
| undated, 2003 | 12 | BBG Holdings, Ltd. and Mission Communications, Steve Levine and Michael Vogel (collectively) | | Traffic Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-003929-003940 |
| 06/03/03 | 3 | gregorio@bbgcomm.com | slevine@missioncomm.net, gregorio@bbgcomm.com, brianr@bbgcomm.com | e-mail re Mission Exploratory requesting financial aspects and deal points for an agreement | Highly Confidential and/or Trade Secret Competitive | BBG-003941-003943 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| 05/29/03 | 1 | Steven Levine | Gregorio Galicot | e-mail re Mission Exploratory | Highly Confidential and/or Trade Secret Competitive Information | BBG-003944 |
| 05/26/03 | 1 | Steven Levine | Gregorio Galicot | e-mail re Mission Exploratory | Highly Confidential and/or Trade Secret Competitive Information | BBG-003945 |
| undated | 3 | Steven Levine | Gregorio Galicot | General Outline for Cooperation – general outline for possibly working together and growing the business | Highly Confidential and/or Trade Secret Competitive Information | BBG-003946-003948 |
| 05/23/03 | 1 | slevine@missioncomm.com | gregorio@bbgcomm.com, mvogel@missioncomm.net, slevine@missioncomm.net, brianr@bbgcomm.com | e-mail re BBG – Mission (possible cooperation) | Highly Confidential and/or Trade Secret Competitive Information | BBG-003949 |
| 05/22/03 | 1 | Gregorio Galicot | Mike Vogel, Steve Levine | e-mail re BBG- Mission (Possible cooperation between companies) | Highly Confidential and/or Trade Secret Competitive | BBG-003950 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| 11/07/01 | 1 | salvador Iombroso | Gregorio Galicot | e-mail re Contracts  Levine in Spanish shows commission info | Highly Confidential and/or Trade Secret Competitive Information | BBG-003952 |
| undated | 12 | salvador Iombroso | Gregorio Galicot | Sales Representative Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-003953-003964 |
| 10/22/01 | 1 | salvador Iombroso | Gregorio Galicot | e-mail re ITFS list.xls – communication between Steven Levine and Salvador Lombroso re "moving on PTT Deal" | Highly Confidential and/or Trade Secret Competitive Information | BBG-003965 |
| 05/15/03 | 11 | BBG Holdings, Ltd and Benchmark Project Management, s.r.o. Michel Alexiev and Goran Alexiev | | Traffic Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-004072-004082 |
| 01/14/97 | 5 | State of California | | Certificate of Qualification, Statement by Foreign Corporation, Certificate of Incorporation, Certificate of Amendment of Certificate of Incorporation, Certificate of | Highly Confidential and/or Trade Secret Competitive | BBG-004137-004141 |

| | | | | Incumbency | Information | |
|---|---|---|---|---|---|---|
| 05/05/03 | 3 | VOZBBG Communications Pte. Ltd. and BBG Communications | | Subcontractor Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-004142-004144 |
| 07/16/03 | 5 | BBG Holdings Ltd. and Francis Lobo | | Nondisclosure and Non-Compete Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-004203-4207 |
| 05/15/03 | 11 | BBG Holdings, Ltd. and Michael Stomps | | Traffic Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-004240-004250 |
| 09/09/03 | 16 | NCIC (Bahamas) Limited and One World Communications Limited | | Assignment and Assumption Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-004251-004266 |
| 09/03 | 21 | NCIC (Bahamas) Limited and BBG Holdings Ltd. | | Traffic Agreement | Highly Confidential and/or Trade Secret Competitive | BBG-004267-004287 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| 05/15/03 | 11 | BBG Holdings Ltd. and Michael Stomps | | Traffic Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-004304-4314 |
| 05/15/03 | 11 | BBG Holdings Ltd. and Michel Alexiev and Goran Alexiev | | Traffic Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-004315-004325 |
| 07/17/02 | 3 | Pinto, Jose | Alfred Clemesha | e-mail re viaje Miami BBG regarding internal BBG information | Highly Confidential and/or Trade Secret Competitive Information | BBG-04833-04835 |
| 10/21/03 | 1 | BBG Holdings, LTD | | Checks for Angel Leon and Wyndham Beach Resort and Casino | Highly Confidential and/or Trade Secret Competitive Information | BBG-04859 |
| 10/13/03 | 2 | BBG Holdings, Ltd. | Aruba Hotel Enterprises N.V. | letter re credit card/pay phone services from premises | Highly Confidential and/or Trade Secret Competitive | BBG-04860-04861 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| 10/13/03 | 6 | BBG Holdings Limited and Aruba Hotel Enterprises N.V. | | Telecommunications Services Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-04862-04867 |
| 10/13/03 | 2 | BBG Holdings Limited and Angel Alfonso Leon Macas | | Addendum to Sales Representative Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-04868-04869 |
| 12/14/02 | 1 | Alfonso Riveroll, Rob Smith | Sincopr. Enterprises, Attn. Ricardo Singer | Termination Letter | Highly Confidential and/or Trade Secret Competitive Information | BBG-04870 |
| 05/25/02 | 13 | BBG Bermuda (Holdings) LTD. and Angel Alfonso Leon Macas | | Sales Representative Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-04871-04883 |
| 05/26/02 | 5 | Sincorp Enterprises and Wyndham Aruba Beach Resort & Casino Enterprises N.V. | | Telecommunications Services Agreement | Highly Confidential and/or Trade Secret Competitive | BBG-04884-04888 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| 11/03 | 14 | BBG Communications, Inc. and Telekom Austria AG | | Operator Service Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-04889-04902 |
| | 10 | BBG Communications, LTD | | operator Services Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-04910-04919 |
| | 5 | OTEGlobe and BBG Holdings Limited | | Contract for Collect & Credit Card Services of BBG on OTEGlobe Payphones location throughout the Greek Territory | Highly Confidential and/or Trade Secret Competitive Information | BBG-04921-04925 |
| 07/07/03 | 4 | Gregorio Galicot | John Markakis, ddd (cc), pedro cordova monroy (cc) Ricardo Singer (cc) | e-mail re BBG- OTE concerning internal BBG and custome information | Highly Confidential and/or Trade Secret Competitive Information | BBG-04926-04929 |
| 07/17/03 | 2 | BBG Grecia S.A. Telecommunication Services | | Minutes of the No 3 Meeting of the Board of Directors of the Company | Highly Confidential and/or Trade Secret Competitive | BBG-04933-04934 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| | 5 | BBG Holdings Limited and OTEGlobe | | Contract for Collect & Credit Card Services of BBG on OTEGlobe Payphones location throughout the Greek Territory | Highly Confidential and/or Trade Secret Competitive Information | BBG-04935-04939 |
| 2003 | 10 | BBG Holdings Limited and Chungwa Telecom International Business Group | | Operator Services Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-06752-06761 |
| 11/15/03 | 2 | Mail4TFD | Mail4DLR, Mail4LLR (cc), rafael@bbgcomm.com (cc), slombrozo@bbgcomm.com (cc), Mail4MNR (cc) | e-mail re Commission Allegro Aruba Resort and Casino | Highly Confidential and/or Trade Secret Competitive Information | BBG-07054-07055 |
| 03/16/04 | 1 | Gregorio Galicot | Damages Administrator | e-mail re Telekom Austrial/BBG minutes & agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-07056 |
| 11/21/02 | 9 | BBG Communications, LTD and Telekom Austria | | Operator Services Agreement | Highly Confidential and/or Trade Secret Competitive | BBG-07057-07065 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| 11/21/03 | 2 | William J. La Monaca | Chris-Maria Baumer, Ing. Gunther Steck | letter re Minutes to Meeting November 21, 2003 | Highly Confidential and/or Trade Secret Competitive Information | BBG-07066-07067 |
| 11/21/03 | 2 | William J. La Monaca | Chris-Maria Baumer, Ing. Gunther Steck | letter re Minutes to Meeting November 21, 2003 | Highly Confidential and/or Trade Secret Competitive Information | BBG-07192-07193 |
| 11/15/03 | 2 | Mail4TFD | Mail4DLR, Mail4LLR (cc), rafael@bbgcomm.com (cc), slombrozo@bbgcomm.com (cc), Mail4MNR (cc) | e-mail re Commission Allegro Aruba Resort and Casino | Highly Confidential and/or Trade Secret Competitive Information | BBG-07194-07195 |
| 07/17/03 | 4 | OTE S.S. and BBG Grecia, S.A. | | Pilot Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-07244-07247 |
| 03/02/03 | 4 | Elio Iadevaia – Telecom Italia | BBG Communications, Inc. | Letter in foreign language regarding dealings with Telecom Italia | Highly Confidential and/or Trade Secret Competitive | BBG-07248-07251 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Information | |
| 09/24/02 | 2 | bbgcommunication42@earthlink.net | gregorio@bbgcomm.com | e-mail re internal BBG information | Highly Confidential and/or Trade Secret Competitive Information | BBG-07419-07420 |
| 09/24/02 | 1 | bbgcommunication42@earthlink.net | gregorio@bbgcomm.com | e-mail re internal BBG Information | Highly Confidential and/or Trade Secret Competitive Information | BBG-07421 |
| 09/24/02 | 1 | Robert Elsinga | Gregorio Galicot, Ricardo Singer, Sunil Khatnani (cc) | e-mail re Collect Services for customer | Highly Confidential and/or Trade Secret Competitive Information | BBG-07422 |
| 06/10/02 | 1 | D. Andrade | Gregorio Galicot | e-mail re competencia NCIC Club Med Cancun robo de llamadas | Highly Confidential and/or Trade Secret Competitive Information | BBG-07424 |
| 03/08/04 | 3 | Mail4TFD@aol.com | Rafael Galicot, Mail4DLR@aol.com (cc), gregorio galicot (cc) | e-mail re correspondence with Holiday In Aruba – Rafael request | Highly Confidential and/or Trade Secret Competitive | BBG-07425-07427 |

| | | | | Information | |
|---|---|---|---|---|---|
| 11/03/03 | 2 | Jorge Marcari Lopez | Rafael Galicot, Silvia Zarate | e-mail reAni Delivery | Highly Confidential and/or Trade Secret Competitive Information | BBG-07430-07431 |
| 06/20/03 | 2 | Ricardo Singer | Rafael Galicot | e-mail re calls under 3 minutes OTRO Mail | Highly Confidential and/or Trade Secret Competitive Information | BBG-07432-07433 |
| 06/20/03 | 3 | Ricardo Singer | Rafael Galicot | e-mail re Collect Calls Proposal | Highly Confidential and/or Trade Secret Competitive Information | BBG-07436-07438 |
| 01/01/99 | 11 | BBG Bermuda (Holdings), LTD and Francisco Javier Algorri Diaz | | Sales Represenative Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-07463-07473 |
| 05/17/04 | 3 | damonrhys@vozbbg.com | Gregorio Galicot | e-mail re VOZBBG/Starhub Agreement | Highly Confidential and/or Trade Secret Competitive | BBG-07488-07490 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| 05/17/04 | 2 | damonrhys@vozbbg.com | Gregorio Galicot | e-mail re Starhub Letter of REcommendation for VOZ/BBG | Highly Confidential and/or Trade Secret Competitive Information | BBG-07491-07492 |
| 05/17/04 | 1 | damonrhys@vozbbg.com | Gregorio Galicot | e-mail re Starhub Letter of REcommendation for VOZ/BBG | Highly Confidential and/or Trade Secret Competitive Information | BBG-07493 |
| 05/17/04 | 2 | damonrhys@vozbbg.com | Gregorio Galicot | e-mail re VOZBBG/Starhub Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-07494-07495 |
| 02/05/03 | 1 | Cynthia Osuna | Gregorio Galicot | e-mail re Emailing Services (Web Page BTL's Belize) | Highly Confidential and/or Trade Secret Competitive Information | BBG-07546 |
| 02/27/03 | 2 | Cynthia Osuna | Gregorio Galicot | e-mail re Info que saque de la pagina de BTL (MCI es su proveedor de Collect) | Highly Confidential and/or Trade Secret Competitive | BBG-07547-07548 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| 04/07/03 | 2 | Cynthia Osuna | Darlene Coye | e-mail re Hi Darlene concerning BBG internal information | Highly Confidential and/or Trade Secret Competitive Information | BBG-07558-07559 |
| | 3 | BTL | | Proposal for Information Exchange Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-07560-07562 |
| 07/10/03 | 4 | Martin Aldana | Jorge Macari Lopez | e-mail re internal BBG information | Highly Confidential and/or Trade Secret Competitive Information | BBG-07563-07566 |
| /5/04/04 | 2 | Cynthia Osuna | Jorge Macari Lopez | e-mail re Desing Belize (Cotizacion) concerning internal BBG and customer information | Highly Confidential and/or Trade Secret Competitive Information | BBG-07567-07568 |
| 05/04/04 | 1 | Cynthia Osuna | Jorge Macari Lopez, Rafael Galicot (cc) | e-mail re Desing Belize (Cotizacion) concerning internal BBG and customer information | Highly Confidential and/or Trade Secret Competitive | BBG-07569 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| 05/23/03 | 2 | Jorge Macari Lopez | Karen Bevans, Gregorio Galicot (cc) | e-mail re BTL- BBG concerning internal BBG information | Highly Confidential and/or Trade Secret Competitive Information | BBG-07570-07571 |
| 07/01/03 | 2 | Martin Aldana | Jorge Macari Lopez, Karen Bevans (cc) | e-mail concerning internal BBG information | Highly Confidential and/or Trade Secret Competitive Information | BBG-07572-07573 |
| 07/01/03 | 2 | Martin Aldana | Jorge Macari Lopez, Karen Bevans (cc) | e-mail concerning internal BBG information | Highly Confidential and/or Trade Secret Competitive Information | BBG-07574-07575 |
| 08/20/03 | 1 | Karen Bevans | Jorge Macari Lopez | e-mail concerning internal BBG information | Highly Confidential and/or Trade Secret Competitive Information | BBG-07576 |
| 07/24/03 | 3 | Karen Bevans | Martin Aldana, Jorge Macari Lopez | e-mail concerning internal BBG information | Highly Confidential and/or Trade Secret Competitive | BBG-07577-07579 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| 07/17/03 | 1 | Martin Aldana | Jorge Macari Lopez | e-mail concerning internal BBG information | Highly Confidential and/or Trade Secret Competitive Information | BBG-07580 |
| 07/17/03 | 2 | Martin Aldana | Jorge Macari Lopez | e-mail concerning internal BBG information | Highly Confidential and/or Trade Secret Competitive Information | BBG-07581-07582 |
| 05/03/04 | 4 | Cynthia Osuna | Jorge Macari Lopez | e-mail re Diseno Target concerning internal BBG information | Highly Confidential and/or Trade Secret Competitive Information | BBG-07583-07586 |
| 08/07/03 | 1 | Karen Bevans | Jorge Macari Lopez | e-mail re Visit to Cancun concerning internal BBG information | Highly Confidential and/or Trade Secret Competitive Information | BBG-07587 |
| 07/17/03 | 1 | Jorge Macari Lopez | Martin Aldana | e-mail concerning internal BBG information | Highly Confidential and/or Trade Secret Competitive | BBG-07588 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| 07/10/03 | 1 | Jorge Macari Lopez | Martin Aldana | e-mail concerning internal BBG information | Highly Confidential and/or Trade Secret Competitive Information | BBG-07589 |
| 08/04/03 | 3 | Jorge Macari Lopez | Martin Aldana, Karen Bevans (cc) | e-mail concerning internal BBG information | Highly Confidential and/or Trade Secret Competitive Information | BBG-7590-07592 |
| 05/03/04 | 3 | Cynthia Osuna | Jorge Macari Lopez | e-mail re Diseno Tarjet concerning internal BBG information | Highly Confidential and/or Trade Secret Competitive Information | BBG-07593-07595 |
| 04/30/04 | 2 | Cynthia Osuna | Jorge Macari Lopez, Rafael Galicot | e-mail re Diseno Tarjet concerning internal BBG information | Highly Confidential and/or Trade Secret Competitive Information | BBG-07596-07597 |
| 04/30/04 | 2 | Cynthia Osuna | Jorge Macari Lopez | e-mail re Diseno Tarjet concerning internal BBG information | Highly Confidential and/or Trade Secret Competitive | BBG-07598-07599 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| 04/30/04 | 2 | Cynthia Osuna | Jorge Macari Lopez | e-mail re Diseno Tarjet concerning internal BBG information | Highly Confidential and/or Trade Secret Competitive Information | BBG-07600-07501 |
| 05/16/03 | 1 | Cynthia Osuna | Gregorio Galicot | e-mail re BBG Proposal to Belize for HCD & Billing 02-26/03 | Highly Confidential and/or Trade Secret Competitive Information | BBG-07602 |
| 07/24/03 | 3 | Jorge Macari Lopez | Karen Bevans | e-mail concerning internal BBG information | Highly Confidential and/or Trade Secret Competitive Information | BBG-07611-07613 |
| 07/01/03 | 2 | Jorge Macari Lopez | Martin Aldana, Karen Bevans (cc) | e-mail concerning internal BBG information | Highly Confidential and/or Trade Secret Competitive Information | BBG-07614-07615 |
| 07/25/03 | 4 | Jorge Macari Lopez | Karen Bevans | e-mail concerning internal BBG information | Highly Confidential and/or Trade Secret Competitive | BBG-07616-07619 |

| | | | | Information | |
|---|---|---|---|---|---|
| 05/23/03 | 2 | Jorge Macari Lopez | Karen Bevans, Gregorio Galicot (cc) | e-mail re BTL – BBG concerning internal BBG information | Highly Confidential and/or Trade Secret Competitive Information | BBG-07620-07621 |
| 05/26/03 | 3 | Jorge Macari Lopez | Karen Bevans | e-mail re BTL – BBG concerning internal BBG information | Highly Confidential and/or Trade Secret Competitive Information | BBG-07622-07624 |
| 05/27/03 | 3 | Jorge Macari Lopez | Karen Bevans | e-mail re BTL- BBG concerning internal BBG information | Highly Confidential and/or Trade Secret Competitive Information | BBG-07625-07627 |
| 08/20/03 | 2 | Jorge Macari Lopez | Karen Bevans | e-mail concerning internal BBG information | Highly Confidential and/or Trade Secret Competitive Information | BBG-07628-07629 |
| 02/05/03 | 2 | Gregorio Galicot | Cynthia Osuna | e-mail re Nuevo Contacto Cobro Revertido concerning internal BBG and customer information | Highly Confidential and/or Trade Secret Competitive | BBG-07630-07631 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| 11/15/02 | 3 | silviaz@bbgcomm.com<br><br>(NO WAIVER OF ATTORNEY CLIENT PRIVILEGE) | ebalfour@sheppardmullin. com | e-mail re Ronald/Telco | Highly Confidential and/or Trade Secret Competitive Information | BBG-10085-10087 |
| 05/01/02 | 1 | Ronald Perez | Rafael Meraz, manuel@bbgcomm.com (cc) | e-mail re BBG Phones in Venezuela regarding BBG pre-existing business | Highly Confidential and/or Trade Secret Competitive Information | BBG-10088 |
| 05/23/02 | 2 | Ronald Perez | Manuel Alvarez | e-mail re telefonos costarica regarding BBG pre-existing business | Highly Confidential and/or Trade Secret Competitive Information | BBG-10089-10090 |
| 05/28/02 | 2 | Ronald Perez | Manuel Alvarez, Cynthia Govea (cc) | e-mail re telefonos costarica regarding BBG pre-existing business | Highly Confidential and/or Trade Secret Competitive Information | BBG-10091-10092 |
| 06/01/02 | 4 | Ronald Perez | manuel@bbgcomm.com | e-mail re telefonos costarica regarding BBG pre-existing business | Highly Confidential and/or Trade Secret Competitive | BBG-10093-10096 |

| | | | | | Information | |
|---|---|---|---|---|---|---|
| 05/26/02 | 5 | Sincorp Enterprises and Wyndham Aruba Beach Resort & Casino Enterprises N.V. | | Telecommunications Services Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-10127-10131 |
| 1/01/01 | 10 | BBG Communications, Inc. and Hospitality Telecommunications of California, Inc. | | Sales Representative Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-11960-11969 |
| 03/29/01 | 13 | BBG Holdings (Bermuda), Inc. and Global Link Inc., Global Link Telecommunications N.V., and Ricardo Singer Castro | | Sales Representative Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-11970-11982 |
| 03/10/98 | 9 | BBG Communications, Inc. and Global Link 2000 | | Sales Representative Agreement | Highly Confidential and/or Trade Secret Competitive Information | BBG-11983-11991 |
| 04/01/98 | 10 | BBG Communications, Inc. and Glencross Holdings | | Sales Representative Agreement | Highly Confidential and/or Trade Secret Competitive | BBG-11992-12001 |