IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT
04 OCT 22 PM 3:40
TX EASTERN-MARSHALL
BY_____

| | | |
|---|---|---|
| BBG COMMUNICATIONS, INC., <br> BBG HOLDINGS LIMITED <br><br> V. <br><br> NETWORK COMMUNICATIONS <br> INTERNATIONAL CORP., <br> BLUE PHONES LIMITED; <br> WILLIAM POPE, JAY WALTERS, <br> AND JEFFREY WALTERS <br><br> V. <br><br> RONALD PEREZ; <br> GREGORIO L. GALICOT; RAFAEL <br> GALICOT; MICHAEL STOMPS; AWI <br> FANG A/K/A SURIYANTO SURIYANTO; <br> GORAN ALEXIEV; MICHEL ALEXIEV; <br> PATRICK MAUCHANT; KEVEN WATT; <br> AND BBG HOLDINGS BERMUDA <br> D/B/A BBG COMMUNICATIONS <br> (BERMUDA), LTD. | § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:03-CV-227 <br><br> JUDGE WARD |

### Affidavit of Service

"I certify under penalty of perjury that a copy of a document titled Summons and Fourth Amended Counterclaim and Third-Party Complaint was served on Michel Alexiev and Goran Alexiev, whose address is 17000 Prague 7, Strossmayerovo NAM.11 Czech Republic by Federal Express (tracking number 790778141121) on October 5, 2004."

Further Affiant Sayeth Not.

IN WITNESS HEREOF, the undersigned has executed this Affidavit of Service on October 19, 2004.

_____
LEAH TWEDT

Sworn and subscribed to before me this ___ day of October, 2004 to certify which witness my hand and official seal.

TERRI L. HARVEY
Notary Public
STATE OF TEXAS
My Comm. Exp. 12-5-2007

_____
Notary Public in and for the State of Texas

## Certificate of Service

I certify that on the ___19___ day of October, 2004 the above Affidavit of Service is being sent to the following counsel of record via facsimile:

Gregory P. Love
WELLBORN, HOUSTON, ADKISON, MANN,
 SADLER & HILL, L.L.P.
P.O. Box 1109
Henderson, TX 75653-1109

Tawnya R. Wojciechowski
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
650 Town Center Dr., 4th Floor
Costa Mesa, CA 92626-1925

James J. Mittermiller
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
501 W. Broadway, 19th Floor
San Diego, CA 92101

Betty J. Santohigashi
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12544 High Bluff Dr., Ste. 300
San Diego, CA 92130-3051

Eric M. Albritton
ALBRITTON LAW FIRM
109 W. Tyler St.
Longview, TX 75601

Scott E. Stevens
BUNT, WRIGHT & STEVENS, PLLC
P.O. Box 3969
Longview, TX 75606-3969

SHARON SMALL

#174136



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

10/07/2004

Dear Customer:

Here is the proof of delivery for the shipment with tracking number **790778141121**. Our records reflect the following information.

## Delivery Information:

**Signed for by:** A.LEXIOV
**Delivery Location:** 17000 PRAQUE
**Delivery Date:** Oct 5, 2004 11:10

## Shipping Information:

**Tracking number:** 790778141121

**Ship Date:** Sep 27, 2004
**Weight:** 1.0 lbs.

**Recipient:**
MICHEL ALEXIEV
17000 PRAQUE
STROSSMAYEROVO NAM.11
CZ

**Shipper:**
LEAH TWEDT
RAMEY & FLOCK, P.C
100 EAST FERGUSON
TYLER, TX 75702
US

**Reference:**                                              5204-1 SOS

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®

http://www.fedex.com/Spod?ascend_header=1&clienttype=dotcom&cntry_code=us&track...   10/7/2004

# UNITED STATES DISTRICT COURT

EASTERN District of TEXAS

**PLAINTIFF**
BBG COMMUNICATIONS, INC.
BBG HOLDINGS LIMITED

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF
1) NETWORK COMMUNICATIONS INTERNATIONAL CORP.,
2) BLUE PHONES LIMITED,
3) WILLIAM POPE,
4) JAY WALTERS, AND
5) JEFFERY WALTERS

Case Number: 2:03-CV-227

JUDGE WARD

V. THIRD PARTY DEFENDANT
RONALD PEREZ, ET AL

TO: Name and address of Third Party Defendant
MICHEL ALEXIEV
Strossmayerovo NAM.11
17000 Prague
Czech Republic

May be served pursuant to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters, 20 U.S.T. 361, 658 U.N.T.S. 163, reprinted in 28 U.S.C.A. and in accordance with international law.

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)
Gregory P. Love
Welborn, Houston, Adkison,
Mann, Sadler & Hill, LLP
300 West Main St.,
Henderson, Texas 75653

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)
Sharon Small
Jerry Harper
Ramey & Flock, P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702

an answer to the third-party complaint which is served on you with this summons, within 20 days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and (2)* the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DAVID J. MALAND                                    9/27/04
CLERK                                              DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[w] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By Federal Express. 790778141121

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/27/04          *Leah Sweatt*
Date                           Signature of Server

100 E. Ferguson Ste. 500, Tyler, TX 75702
　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ÆO 441 (Rev. 8/01) Third Party Summons in a Civil Action    Case 2:03-cv-00227-TJW   Document 240   Filed 10/22/04   Page 5 of 7

SAO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_____EASTERN_____ District of _____TEXAS_____

PLAINTIFF
BBG COMMUNICATIONS, INC.
BBG HOLDINGS LIMITED

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF
1) NETWORK COMMUNICATIONS INTERNATIONAL CORP.,
2) BLUE PHONES LIMITED
3) WILLIAM POPE,
4) JAY WALTERS, AND
5) JEFFERY WALTERS.

Case Number: 2:03-CV-227

JUDGE WARD

V. THIRD PARTY DEFENDANT

RONALD PEREZ, ET AL

To: Name and address of Third Party Defendant
GORAN ALEXIEV
Strossmayerovo NAM.11
17000 Prague
Czech Republic

May be served pursuant to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters, 20 U.S.T. 361, 658 U.N.T.S. 163, reprinted in 28 U.S.C.A. and in accordance with international law.

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)
Gregory P. Love
Welborn, Houston, Adkison,
Mann, Sadler & Hill, LLP
300 West Main St.,
Henderson, Texas   75653

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)
Sharon Small
Jerry Harper
Ramey & Flock, P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702

an answer to the third-party complaint which is served on you with this summons, within 20 days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and (2)* the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DAVID J. MALAND                                              9/27/04

CLERK                                                        DATE

_/s/ M. Garvey_

(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>w</sup> | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By Federal Express 790778141121

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/27/04    *[signature]*
Date                   Signature of Server

100 E. Ferguson Ste. 500  Tyler, TX 75702
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.