IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BBG COMMUNICATIONS, INC., | § |
| | § |
| V. | § |
| | § |
| NETWORK COMMUNICATIONS INTERNATIONAL CORP.; WILLIAM POPE; JAY WALTERS; and JEFFERY WALTERS | § |
| | § |
| V. | § CIVIL ACTION NO. 2:03-CV-227-TJW |
| RONALD PEREZ | § |
| RICARDO SINGER | §   JURY DEMANDED |
| GREGORIO L. GALICOT | § |
| RAFAEL GALICOT | § |
| MICHAEL STOMPS | § |
| AWI FANG | § |
| a/k/a SURIYANTO SURIYANTO | § |
| GORAN ALEXIEV | § |
| MICHAEL ALEXIEV | § |
| PATRICK MAUCHANT | § |
| KEVEN WATT | § |
| BBG HOLDINGS BERMUDA d/b/a BBG COMMUNICATIONS (BERMUDA) LTD. | § |

**NOTICE OF PAGE AND LINE DESIGNATIONS AND EXCHANGE OF WITNESS LIST AND EXHIBITS**

Plaintiffs, Counterclaim Defendants and Third-Party Defendants, Rafael Galicot, Gregorio Galicot, Ronald Perez, Michael Stomps and Keven Watt on this day provided Defendants and Third-Party Plaintiffs the attached page and line designations of deposition testimony, which may be offered at trial as well as exhibit lists and copies of all potential exhibits.

1

2

Respectfully submitted,

_____
Eric M. Albritton
Attorney-in-Charge
Texas State Bar No. 00790215
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (office)
(903) 758-7397 (fax)
eric@albrittonlawfirm.com

Scott E. Stevens
Texas State Bar No. 00792024
Stevens Law Firm
P.O. Box 807
Longview, Texas 75606
(903) 753-6760 (office)
(903) 753-6761 (fax)
 scott@seslawfirm.com

ATTORNEYS FOR RONALD PEREZ, MICHAEL STOMPS AND KEVEN WATT

/s/_____
_____
Gregory P. Love
Attorney-in-Charge
State Bar No. 24013060
WELLBORN☆HOUSTON, LLP
300 W. Main Street
P.O. Box 1109
Henderson, Texas 75653-1109
Telephone: (903) 657-8544
Facsimile:  (903) 657-6108

        James J. Mittermiller
        California Bar No. 85177
        Sheppard, Mullin, Richter & Hampton, LLP
        501 West Broadway, Suite 1900
        San Diego, CA 92101
        Telephone: (619) 338-6500
        Facsimile: (619) 234-3815

        ATTORNEYS FOR BBG COMMUNICATIONS, INC., BBG HOLDINGS LIMITED, GREGORIO GALICOT AND RAFAEL GALICOT

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 11th day of December, 2004.

        _____
        Eric M. Albritton