# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BBG COMMUNICATIONS, INC. | § | |
| | § | |
| v. | § | |
| | § | |
| NETWORK COMMUNICATIONS | § | |
| INTERNATIONAL CORP., | § | |
| WILLIAM POPE; | § | |
| JAY WALTERS and | § | |
| JEFFERY WALTERS | § | |
| | § | |
| v. | § | Civil Case No. 2:03-CV-227-TJW |
| | § | |
| RONALD PEREZ | § | |
| RICARDO SINGER | § | JURY DEMANDED |
| GERGORIO L. GALICOT | § | |
| RAFAELGALICOT | § | |
| MICHAEL STOMPS | § | |
| AWI FONG | § | |
| a/k/a SURIYANTO SURIYANTO | § | |
| GORAN ALEXIEV | § | |
| MICHAEL ALEXIEV | § | |
| PATRICK MAUCHANT | § | |
| KEVIN WATT | § | |
| BBG HOLDINGS BERMUDA d/b/a | § | |
| BBG COMMUNICATIONS | § | |
| (BERMUDA), LTD. | § | |

## LINE AND PAGE SUMMARY OF
## <u>LYNETTE QYUENDO'S DEPOSITION</u>

| BEGIN | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 8 | 17 | 9 | 4 |
| 10 | 14 | 14 | 24 |
| 16 | 12 | 22 | 19 |

00581.1 Line and Page Summary of Lynnette Qyuendo.wpd          1

| BEGIN | | END | |
|---|---|---|---|
| **PAGE** | **LINE** | **PAGE** | **LINE** |
| 23 | 4 | 25 | 16 |
| 37 | 17 | 38 | 13 |
| 39 | 4 | 39 | 20 |
| 46 | 6 | 48 | 22 |
| 49 | 6 | 50 | 12 |