# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BBG COMMUNICATIONS, INC. | § | |
| | § | |
| v. | § | |
| | § | |
| NETWORK COMMUNICATIONS | § | |
| INTERNATIONAL CORP., | § | |
| WILLIAM POPE; | § | |
| JAY WALTERS and | § | |
| JEFFERY WALTERS | § | |
| | § | |
| v. | § | Civil Case No. 2:03-CV-227-TJW |
| | § | |
| RONALD PEREZ | § | |
| RICARDO SINGER | § | JURY DEMANDED |
| GERGORIO L. GALICOT | § | |
| RAFAELGALICOT | § | |
| MICHAEL STOMPS | § | |
| AWI FONG | § | |
| a/k/a SURIYANTO SURIYANTO | § | |
| GORAN ALEXIEV | § | |
| MICHAEL ALEXIEV | § | |
| PATRICK MAUCHANT | § | |
| KEVIN WATT | § | |
| BBG HOLDINGS BERMUDA d/b/a | § | |
| BBG COMMUNICATIONS | § | |
| (BERMUDA), LTD. | § | |

## LINE AND PAGE SUMMARY OF
## ANTONIUS HOOGSTRAATEN'S DEPOSITION

| BEGIN | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 5 | 5 | 5 | 9 |
| 7 | 11 | 12 | 5 |
| 24 | 11 | 24 | 17 |
| 27 | 10 | 27 | 14 |

| BEGIN | | END | |
|---|---|---|---|
| **PAGE** | **LINE** | **PAGE** | **LINE** |
| 28 | 19 | 30 | 5 |
| 30 | 19 | 33 | 25 |
| 35 | 20 | 35 | 24 |
| 37 | 7 | 39 | 13 |
| 40 | 12 | 41 | 1 |
| 43 | 8 | 43 | 24 |
| 45 | 16 | 47 | 19 |
| 49 | 15 | 54 | 25 |
| 56 | 25 | 57 | 4 |
| 65 | 7 | 67 | 4 |
| 68 | 14 | 69 | 6 |
| 70 | 6 | 72 | 3 |
| 72 | 21 | 73 | 11 |
| 74 | 20 | 74 | 22 |
| 75 | 19 | 81 | 25 |
| 82 | 14 | 83 | 16 |
| 85 | 17 | 87 | 15 |
| 88 | 16 | 89 | 22 |
| 89 | 25 | 90 | 7 |
| 90 | 8 | 91 | 18 |
| 92 | 24 | 93 | 8 |
| 94 | 2 | 95 | 18 |
| 98 | 13 | 99 | 12 |
| 100 | 25 | 101 | 22 |
| 103 | 14 | 104 | 3 |

| BEGIN | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 109 | 9 | 110 | 1 |
| 111 | 16 | 112 | 1 |
| 112 | 16 | 112 | 18 |
| 117 | 17 | 121 | 16 |
| 123 | 4 | 125 | 14 |
| 125 | 18 | 126 | 20 |
| 127 | 2 | 128 | 20 |
| 129 | 2 | 129 | 12 |
| 131 | 19 | 131 | 23 |
| 132 | 18 | 132 | 25 |
| 133 | 14 | 133 | 16 |
| 136 | 24 | 138 | 19 |
| 140 | 1 | 141 | 7 |
| 142 | 11 | 142 | 17 |
| 147 | 23 | 150 | 13 |
| 151 | 22 | 152 | 3 |
| 158 | 16 | 158 | 25 |
| 163 | 7 | 166 | 25 |
| 171 | 18 | 178 | 8 |
| 182 | 12 | 191 | 4 |