# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BBG COMMUNICATIONS, INC. § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 2-03-CV-227 (TJW) |
| § | |
| NETWORK COMMUNICATIONS, § | |
| INTERNATIONAL, CORP. et al. § | |
|     Defendants. § | |

## ORDER

The United States' Unopposed Motion to Intervene to Access Documents Subject to Protective Order or Under Seal or in the Custody of the Court is before the court. Attorneys for the Internal Revenue Service ("IRS") have advised the court that the IRS has been told that the court is in possession of tax returns for BBG for years ending January 31, 2004 and January 2005 as well as the tax returns for Rafael Galicot and Gregorio Galicot for 2004 and 2005.

The court will try to locate the documents from this litigation that remain in its possession (if any). If the court is able to locate any such documents, those documents will be made available to the IRS to inspect and copy at the federal courthouse in Marshall, TX at the IRS's expense.

SIGNED this 24th day of August, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE